Official Form 1 (04/07)

| United States Bankruptcy Court<br>DISTRICT OF ARIZONA | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>FIRST MAGNUS FINANCIAL CORPORATION | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>SEE ATTACHED LIST | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>86-0830673 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br><br>603 North Wilmot Road, Tucson, AZ 85711    ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>PIMA | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

### Tax-Exempt Entity
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

### Filing Fee (Check one box.)

- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

-----

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
THIS SPACE IS FOR COURT USE ONLY

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Assets
- ☐ $0 to $10,000
- ☐ $10,000 to $100,000
- ☐ $100,000 to $1 million
- ☐ $1 million to $100 million
- ☒ More than $100 million

Estimated Liabilities
- ☐ $0 to $50,000
- ☐ $50,000 to $100,000
- ☐ $100,000 to $1 million
- ☐ $1 million to $100 million
- ☒ More than $100 million

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>FIRST MAGNUS FINANCIAL CORPORATION |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☒ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>FIRST MAGNUS FINANCIAL CORPORATION |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X */s/ John R. Clemency*<br>Signature of Attorney for Debtor(s)<br>John R. Clemency<br>Printed Name of Attorney for Debtor(s)<br>Greenberg Traurig, LLP<br>Firm Name<br>2375 E. Camelback Road, Suite 700<br>Address<br>Phoenix, Arizona 85016<br><br>602-445-8000<br>Telephone Number<br>August 21, 2007<br>Date | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) |
|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Gurpreet S. Jaggi*<br>Signature of Authorized Individual<br>Gurpreet S. Jaggi<br>Printed Name of Authorized Individual<br>President, CEO and Director<br>Title of Authorized Individual<br>08-21-07<br>Date |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Gurpreet S. Jaggi, President, Chief Executive Officer and Director of the corporation named as the debtor I this case, declare under penalty of perjury that I have read the foregoing Voluntary Petition and that it is true and correct to the best of my information and belief.

Date  08-21-07          Signature  *[signature]*

Gurpreet S. Jaggi, President, Chief
Executive Officer and Director

*PHX 327924316v1 8/21/2007*

| |
|---|
| 1862 Home Loans |
| 1st Rate Mortgage Company |
| Advanced Financial Home Loans |
| All Season's Financial |
| All-America Funding |
| American Home Funding |
| America's First |
| Amtrust Mortgage |
| Amtrust Mortgage |
| Antelope Valley Mortgage |
| Assured Financial Center |
| Big City Funding |
| Bishop Lending Group |
| Blue Street Financial |
| Central Coast Mortgage |
| Charter Funding |
| Charter Mortgage |
| CitiFirst Mortgage Services |
| Colonial Home Loans |
| Colonial Mortgage & Financial Services |
| Colorado Springs Mortgage Services |
| CP Financial |
| Crane Financial Group |
| Creative Mortgage |
| Custom Home Loans - Clark Co & Nye Co, NV |
| Discount Mortgage Funding |
| Discover Mortgage |
| Dream Street Lending |
| Eagle 1 Mortgage |
| Elite Mortgage Financial |
| Employees First Mortgage |
| Equity Reach Mortgage Solutions |
| First Magnus Credit Services |
| First Magnus Financial Corporation |
| First Magnus Home Loans |
| firstmagnus.com |
| Freedom Lending Services |
| Frost Mortgage |
| Frost Mortgage Banking Group |
| Gibraltar Mortgage Services |
| Gold Mortgage Center |
| Gray Financial |
| Great Southwest Mortgage |
| Great West Mortgage |
| Home Loan Executives |
| Homesmart Funding |
| Independence Mortgage Services |
| Infinity Funding Group |
| IQ Lend |
| IQ Lend |
| KLNB Management Mortgage Services |
| Lending Solutions |

50187.xls

| |
|---|
| Lighthouse Lending |
| M&M Real Estate & Mortgage |
| Masters Team Mortgage |
| MLS Funding |
| MoneyNest |
| Mortgage by Design |
| Mortgage Concepts |
| Mowery & Assoc. |
| Online Mortgage |
| Pacific Inland Financial |
| Pacific Inland Home Mortgage |
| Plaza Estate Mortgage |
| Primetime 21 Mortgage |
| Professional Mortgage Alliance Group |
| Pueblo Mortgage |
| Real Financial |
| SouthStates Mortgage |
| SouthStates Mortgage |
| Starwin Mortgage Services |
| The JRC Group, Inc |
| Titan National Mortgage |
| Transamerican |
| Trillium Funding |
| Union Capital Funding |
| Waypoint Mortgage Company |
| Welcome Home Mortgage |

50187.xls

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re FIRST MAGNUS FINANCIAL CORPORATION  
    Debtor

Case No. _____  
(If known)  
Chapter 11

### Exhibit "A" to Voluntary Petition

1. The following financial data is the latest available information and refers to First Magnus Financial Corporation's condition for the period ending May 31, 2007.

   | | |
   |---|---|
   | Total assets | **$942,109,860** |
   | Total liabilities | **$812,533,046** |

   |  | Approximate number of holders |
   |---|---|
   | Fixed, liquidated secured debt | _____ |
   | Contingent secured debt | _____ |
   | Disputed secured claims | _____ |
   | Unliquidated secured debt | _____ |

   |  | Approximate number of holders |
   |---|---|
   | Fixed, liquidated unsecured debt | _____ |
   | Contingent unsecured debt | _____ |
   | Disputed unsecured claims | _____ |
   | Unliquidated unsecured debt | _____ |
   | Number of shares of preferred stock | _____ |
   | Number of shares of common stock | _____ |

   Comments, if any:

2. Brief description of debtor's business:

   **Originating, purchasing, and selling primarily prime and Alt-A mortgage loans secured by one-to-four unit residences.**

3. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor.

   **100% ownership -  
   First Magnus Capital, Inc.  
   603 North Wilmot Road  
   Tucson, AZ 85711**