Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re FIRST MAGNUS FINANCIAL CORPORATION  
      Debtor

Case No. 4:07-bk-01578-JMM

Chapter 11

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

1.   (1) National Bank of AZ LOC  
      335 N. Wilmot  
      Tucson, AZ 85711  
  (2)  
  (3) Trade Debt  
  (4)  
  (5) $5,000,000.00

2.   (1) WNS North America Inc.  
      420 Lexington Avenue  
      Suite 2515  
      New York, NY 10170  
  (2)  
  (3) Trade Debt  
  (4)  
  (5) $2,818,455.00

3.   (1) PYRO  
      8750 N. Central Expressway  
      Suite 1050  
      Dallas, TX 75231  
  (2)  
  (3) Trade Debt  
  (4)  
  (5) $850,728.17

4.  (1) Fannie Mae
        6000 Feldwood Drive
        College Park, GA 30349
    (2)
    (3) Trade Debt
    (4)
    (5) $550,000.00 (ESTIMATED)

5.  (1) Corelogic
        10360 Old Placerville Road
        Suite 100
        Sacramento, CA 95287
    (2)
    (3) Trade Debt
    (4)
    (5) $540,768.50

6.  (1) American Express
        Box 0001
        Los Angeles, CA 90096
    (2)
    (3) Trade Debt
    (4)
    (5) $487,102.39

7.  (1) Hilton & Meyers
        3350 N. Country Club
        Tucson, AZ 85716
    (2)
    (3) Trade Debt
    (4)
    (5) $376,816.78

8.  (1) Time Warner
        P.O. Box 172567
        Denver, CO 80217
    (2)
    (3) Trade Debt
    (4)
    (5) $211,324.32

9.  (1) GAPPCO
        8575 Haven Avenue
        Suite 210
        Rancho Cucamonga, CA 91730
    (2)
    (3) Trade Debt
    (4)
    (5) $210,000.00

10.   (1)   MGIC  
                250 E. Kilborn Avenue  
                Milwaukee, WI 53202  
      (2)  
      (3)   Trade Debt  
      (4)  
      (5)   $203,904.76

11.   (1)   Principal Life  
                Dept. 400  
                P.O. Box 14416  
                Des Moines, IA 50306  
      (2)  
      (3)   Trade Debt  
      (4)  
      (5)   $199,536.64

12.   (1)   Federal Express  
                P.O. Box 660481  
                Dallas, TX 75266  
      (2)  
      (3)   Trade Debt  
      (4)  
      (5)   $184,661.90

13.   (1)   Dell  
                P.O. Box 802816  
                Chicago, IL 60680  
      (2)  
      (3)   Trade Debt  
      (4)  
      (5)   $147,780.02

14.   (1)   Corporate Express  
                P.O. Box 71217  
                Chicago, IL 60694  
      (2)  
      (3)   Trade Debt  
      (4)  
      (5)   $100,000.00 (ESTIMATED)

15.   (1)   FM Realty LLC  
                603 N. Wilmot  
                Tucson, AZ 85711  
      (2)  
      (3)   Trade Debt  
      (4)  
      (5)   $146,000.00 (ESTIMATED)

16.   (1)   WC Partners  
                P.O. Box 51285  
                Los Angeles, CA 90051  
      (2)  
      (3)   Trade Debt  
      (4)  
      (5)   $78,000.00 (ESTIMATED)

PHX 327923846v1 8/20/2007

Case 4:07-bk-01578-JMM   Doc 4   Filed 08/21/07   Entered 08/21/07 12:29:02   Desc  
Main Document   Page 3 of 4

| 17. | (1) | Chase Equipment Leasing<br>1111 Polaris Parkway<br>Suite A3<br>Columbus, OH 43240 |
|---|---|---|
|   | (2) |   |
|   | (3) | Trade Debt |
|   | (4) |   |
|   | (5) | $59,375.29 |

| 18. | (1) | Vanguard Legato Group<br>P.O. Box 641417<br>San Jose, CA 95164 |
|---|---|---|
|   | (2) |   |
|   | (3) | Trade Debt |
|   | (4) |   |
|   | (5) | $58,658.18 |

| 19. | (1) | Mortgage Training Corp of America<br>17015 N. Scottsdale<br>Scottsdale, AZ 85255 |
|---|---|---|
|   | (2) |   |
|   | (3) | Trade Debt |
|   | (4) |   |
|   | (5) | $57,025.00 |

| 20. | (1) | Desarrollos Hoteleros<br>800 Brickell<br>Suite 100A<br>Miami, FL 33131 |
|---|---|---|
|   | (2) |   |
|   | (3) | Trade Debt |
|   | (4) |   |
|   | (5) | $56,000.00 |

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Gurpreet S. Jaggi, the President, Chief Executive Officer and Director, of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing "List Of Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best of my information and belief.

DATED: August 21, 2007

Signature __/s/ Gurpreet S. Jaggi_____

Gurpreet S. Jaggi, President, Chief Executive Officer and Director