**GREENBERG TRAURIG, LLP**
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Ph: (602) 263-2300
Fax: (602) 263-2350
John R. Clemency (email: clemencyj@gtlaw.com) – SBN 009646
Todd A. Burgess (email: burgesst@gtlaw.com) - SBN 019013
Tajudeen O. Oladiran (email: oladirant@gtlaw.com) -SBN 021265

**GREENBERG TRAURIG, P.A.**
1221 Brickell Avenue
Miami, Florida 33131
Ph: (305) 579-0500
Fax: (305) 579-0717
James P.S. Leshaw (email: leshawj@gtlaw.com) – FL Bar No. 917745
Daniel Gold (email: goldd@gtlaw.com) – FL Bar No. 0761281

Proposed Attorneys for First Magnus Financial Corporation

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| FIRST MAGNUS FINANCIAL CORPORATION, | Case No. 4:07-bk-01578 |
| Debtor. | **DECLARATION OF GURPREET S. JAGGI IN SUPPORT OF DEBTOR'S CHAPTER 11 PETITION AND FIRST DAY MOTIONS** |
| | <u>Hearing</u><br>Date: TBD<br>Time: TBD |

This Omnibus Declaration is filed by Gurpreet S. Jaggi on behalf of First Magnus Finan-

cial Corporation ("<u>First Magnus Financial</u>"). This Omnibus Declaration is filed in connection

with the voluntary Chapter 11 bankruptcy case of First Magnus Financial.

I declare as follows under penalty of perjury:

1.    I am the President, Chief Executive Officer, and a Director of First Magnus Fi-

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

1   nancial. My office is located at the First Magnus Financial headquarters in Tucson, Arizona. I

2   am thoroughly familiar with all aspects and operations of First Magnus Financial, and I am fa-

3   miliar with the day-to-day operations, business affairs, and books and records of First Magnus

4   Financial.

5       2.    On August 21, 2007 (the "Petition Date"), First Magnus Financial filed a volun-

6   tary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy

7   Code"). First Magnus Financial continues in possession of its property and the management of

8   its business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy

9   Code.

10      3.    To enable First Magnus Financial to operate more effectively and avoid the ad-

11  verse effects of its Chapter 11 filing, various types of relief are requested in "first day" motions

12  filed with the Court along with this Omnibus Declaration.

13      4.    I submit this Omnibus Declaration in support of the first day motions and the

14  voluntary petition filed by First Magnus Financial under Chapter 11. Any capitalized term not

15  expressly defined herein shall have the meaning ascribed to that term in the relevant first day

16  motion. Except as otherwise indicated, all facts set forth in this Omnibus Declaration are based

17  upon my personal knowledge, my review of the relevant documents, or my opinion based upon

18  my experience and knowledge of the operations and financial condition of First Magnus Finan-

19  cial. If I were called upon to testify, I could and would testify competently to the facts set forth

20  herein. I am authorized to submit this Omnibus Declaration on behalf of First Magnus Finan-

21  cial.

22            **BACKGROUND**

23            **Business Operations**

24      5.    First Magnus Financial is headquartered in Tucson, Arizona. Until First Magnus

25  Financial was forced to discontinue operations, it was engaged in the business of originating,

26

2

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

purchasing and selling primarily prime and Alt-A mortgage loans secured by one-to-four unit residences. First Magnus Financial did very little sub-prime mortgage lending. Since inception in October 1996 with twelve employees, First Magnus Financial has grown to become one of the nation's largest privately held mortgage companies[1] through the recruitment of both strong loan originators and wholesale representatives while building a best-in-class processing platform. At the end of 2006, the audited financial statements for First Magnus Financial reflected assets of approximately $1,106,690,011 and shareholder equity of approximately $121,886,617. As of 2007, First Magnus Financial had grown to over 5,500 employees, with a total of 335 branches, comprised of 277 retail and 58 wholesale locations in all 50 states.

6. The First Magnus Financial management team has worked together for nearly twelve years and has demonstrated a superior ability to continuously gain market share through several credit cycles while maintaining strong profitability. As of the first quarter of 2007, First Magnus Financial achieved the following national market presence:

#15 by volume in overall originations ($7.8 billion)
#18 by volume in retail originations ($2.5 billion)
#13 by volume in wholesale originations ($5.2 billion)

## Corporate Structure

7. The parent company of First Magnus Financial, First Magnus Capital, Inc. ("First Magnus Capital") is owned by Thomas W. Sullivan, Sr., as Trustee of the Thomas W. Sullivan, Sr. (FMCI) Revocable Trust, Thomas W. Sullivan, Jr., Clinton Gaylord, Karl Young, Gary Malis, Dominick Marchetti and me. Each of the above named owners of First Magnus Capital serves either on the board or the management team for First Magnus Financial, or both.

---

[1] Ameriquest Mortgage Company is the only privately held mortgage company that funded more loan volume than First Magnus Financial in 2006. However, Ameriquest operates primarily in the sub-prime market and recently filed its own Chapter 11 bankruptcy case.

3

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

### First Magnus Financial's Principal Indebtedness

8.     To finance its mortgage loan production business, First Magnus Financial used several warehouse financing arrangements that primarily took the form of master repurchase agreements (collectively, the "Repurchase Agreements") with certain lenders (collectively, the "Warehouse Lenders"). Typically, First Magnus Financial would fund a mortgage loan through a combination of funds provided by Warehouse Lenders along with its own funds (which in the mortgage lending industry is known as a "haircut"). Warehouse Lenders required First Magnus Financial to contribute a haircut to fund loans in order to protect the Warehouse Lenders from loan defects, loan defaults, and other credit risks, including market swings. The table below summarizes the obligations of First Magnus Financial to its Warehouse Lenders under Repurchase Agreements or other credit facilities as of the Petition Date:

| FACILITY | TOTAL OUTSTANDING (Funded Loans) | WAREHOUSE COMPONENT | HAIRCUT |
|---|---|---|---|
| Washington Mutual Syndicated Repurchase Agreement | $225,277,093 | $194,227,684 | $31,049,409 |
| Washington Mutual Early Purchase Agreement | $70,896,971 | $55,248,061 | $15,648,910 |
| Washington Mutual Commercial Paper Agreement | $1,059,877,632 | $1,040,889,850 | $18,987,782 |
| Countrywide Revolving Line of Credit | $41,960,957 | $28,998,347 | $12,962,610 |
| UBS Repurchase Agreement | $211,569,314 | $198,515,177 | $13,054,137 |
| Merrill Lynch Repurchase Agreement | $61,123,420 | $42,313,002 | $18,810,418 |
| **Totals** | **$1,670,705,387** | **$1,560,192,121** | **$110,513,266** |

9.     In addition to the amounts owing to the Warehouse Lenders, First Magnus Financial also owes approximately $94 million of unsecured debt, including approximately: (i) $13

4

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

million of accrued payroll and related costs; (ii) $20 million of accounts payable; (iii) $9 million of accrued, unpaid interest; (iv) $7 million of other current liabilities; (v) $25 million owed to First Magnus Capital; and (vi) $20 million of subordinated unsecured debt owed to insiders.

10.     Each of First Magnus Financial's Repurchase Agreements is a financing arrangement pursuant to which the purchaser (i.e., the Warehouse Lender) advances funds for mortgage loans by purchasing the mortgage loans from First Magnus Financial for a price below the fair market value of the loan (typically about 98% of the outstanding principal amount). Simultaneous with the purchase of the loan by the Warehouse Lender, First Magnus Financial agrees to repurchase the mortgage loan at a price equal to the original sale price, plus an interest component, within a fixed number of days (typically thirty days). Upon repurchase of a loan, First Magnus Financial then sells the loan to a takeout investor, as described below. During the time period in which loans are subject to a Repurchase Agreement, First Magnus Financial retains the obligation to service those loans, though there is typically little servicing required during this early stage of a loan's life.

11.     Typically, First Magnus Financial sold mortgage loans for a profit in the secondary loan market within one to three months from the origination of the loans. Upon the sale of a loan to a takeout investor, the portion of the loan financed by a Warehouse Lender is repaid, and the haircut and any additional profit is paid to First Magnus Financial. If First Magnus Financial is unable to sell a mortgage loan to a takeout investor, the loan remains subject to the applicable Repurchase Agreement for a certain period of time. The Repurchase Agreements generally permit the Warehouse Lenders to periodically mark the loans to market and, if the value of the loans has declined, to demand additional margin payments. If First Magnus Financial fails to meet a margin call, the Warehouse Lenders are entitled to declare an event of default and accelerate First Magnus Fianancial's obligation to repurchase.

12.     First Magnus Financial normally sells its loans to a takeout investor pursuant to the terms of loan purchase agreements (collectively, the "Loan Purchase Agreements"). First Magnus Financial has Loan Purchase Agreements with numerous purchasers, the most significant of which include Countrywide Financial Corporation, Aurora Loan Services, and Wells Fargo Bank (each a "Loan Purchaser"). More than 80% of mortgage loans originated by First Magnus were sold to the above named Loan Purchasers. Most of the loans originated by First

5

Magnus Financial were pre-sold to the Loan Purchasers pursuant to forward contacts that were signed by the parties. Depending on market condition, First Magnus Financial historically sold loans to takeout investor at between 102% and 103% of the principal amount of the loan.

### Scratch and Dent and Other Problem Loans

13. The Loan Purchase Agreements generally contain certain industry terms which may give the Loan Purchaser recourse to First Magnus Financial for certain defective mortgage loans. Recourse options may include the right to require First Magnus to repurchase the mortgage loans, or indemnify the Loan Purchaser for losses caused by the mortgage loan. Some of the recourse terms survive for the life of the loan, while others only last for a short period of time after the Loan Purchaser buys the loan. Two of the central terms in Loan Purchase Agreements give certain recourse rights to the Loan Purchaser in the event that a borrower defaults under, or pays off in full, a mortgage loan early in the life of the loan ("Early Payment Default" or "EPD" protection, and "Early Payoff" or "EPO" protection, respectively). If there is an Early Payment Default or Early Payoff, the Loan Purchaser has the right to make First Magnus Financial repurchase the loan.

14. A small percentage of First Magnus Financial's loans contain defective documentation or other problems (e.g., a missing HUD statement, a document that is not notarized or some other documentary defect) and cannot be sold immediately like other loans originated by First Magnus Financial. These defective loans are known in the mortgage lending industry as "scratch and dent loans." Historically, First Magnus Financial was able to sell scratch and dent loans at par (i.e., 100% of the principal amount outstanding under the loan). A very small percentage First Magnus Financial's historical originations have been scratch and dent loans. [2]

15. A certain amount of loans originated and sold by First Magnus Financial are returned (or put back) to First Magnus Financial based on an EPD, EPO or some other defect or breach of a representation or warranty specified in the Loan Purchase Agreement. Certain

---

[2] The market for scratch and dent loans has been particularly hard hit by the liquidity crisis. Until recently, First Magnus Financial was able to sell scratch and dent loans at par. Now, with the liquidity crisis, First Magnus Financial is forced to sell is scratch and dent loans below par, often to the point where the company cannot absorb the loss on the scratch and dent loans or generate enough liquidity from their sales to continue operating.

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

6

1  EPDs, EPOs, scratch and dent loans, or other loans that First Magnus Financial has not been
2  able to sell occasionally wind up in foreclosure and become real estate owned ("REO") holdings
3  for First Magnus Financial.

4       16.    Scratch and dent loans, EPDs, EPOs, REO, and certain other assets owned by
5  First Magnus Financial at some point become ineligible for financing provided by the Ware-
6  house Lenders under Repurchase Agreements and other financing devices described above. As
7  of the Petition Date, First Magnus Financial had on its books approximately $51 million of
8  scratch and dent loans, EPOs, EPDs, REO and similar assets (collectively, the "Scratch and Dent
9  Assets"). As of the Petition Date, the Scratch and Dent Assets were financed by First Magnus
10  Capital under a facility that had approximately $25,000,000 advanced (the "Scratch and Dent
11  Line").

12       17.    First Magnus Financial maintains a reserve account for repurchase and indemni-
13  fication obligations to Loan Purchasers with respect to EPOs, EPDs, and scratch and dent loans.
14  Management funds the reserve account from gain on sale of loans, and maintains the reserve ac-
15  count at a level which, historically, was adequate to absorb losses inherent to the sale of large
16  volumes of mortgage loans. Through June 2007, First Magnus Financial maintained on its
17  books a reserve account of approximately $30 million.

18  **Events Leading To The Debtor's Bankruptcy Filing**

19       18.    As has been heavily publicized in the media, the secondary mortgage loan indus-
20  try has virtually collapsed in the last few weeks and months. Coupled with that collapse, the
21  secondary mortgage markets have seen a severe contraction in liquidity. The rapid and severe
22  devaluation of mortgage backed securities and mortgage loan holdings was caused by, among
23  other factors, a weakened housing market, falling real estate prices, homebuilder construction
24  defaults, and a spike in consumer defaults and delinquencies on mortgage loan obligations. As
25  the value of mortgage loans has declined in the last few weeks and months, Warehouse Lenders
26  have required mortgage originators like First Magnus Financial to make additional margin calls

7

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

*PHX 327924241v1 8/21/2007*
Case 4:07-bk-01578-JMM   Doc 6   Filed 08/21/07   Entered 08/21/07 13:23:53   Desc
Main Document   Page 7 of 32

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

1  to compensate for the decreased value of the mortgage loans funded through the Repurchase

2  Agreements. As noted above, under the Repurchase Agreements, each of the Warehouse Lend-

3  ers may make additional margin calls as the Warehouse Lenders mark the mortgage loans to

4  market. Accumulating margin calls necessitate additional cash payments from the mortgage

5  originator, which can only be generated by the sale of additional mortgage loans, sometimes at

6  prices substantially below the amount outstanding on the mortgage loan note. The downward

7  pressure on mortgage loan values accelerated as more and more mortgage originators were

8  forced to sell mortgage loans in an effort to meet margin calls, such that, during the past several

9  weeks, the markets for these assets has been disrupted to the point of dysfunction. The inability

10 to sell mortgage loans at or near par value eventually created a shortage of cash income, which

11 prevented mortgage originators from meeting margin calls. Failure to meet margin calls results

12 in an event of default under the Repurchase Agreements, which gives the Warehouse Lenders

13 the right to cease providing financing under such Repurchase Agreements. All of First Magnus

14 Financial's Warehouse Lenders have discontinued providing financing as a result of alleged de-

15 faults by First Magnus Financial under the Master Repurchase Agreement. The disruption in the

16 credit and liquidity markets in the past few weeks was unprecedented in First Magnus Finan-

17 cial's experience and caused margin calls by one Warehouse Lender and curtailments of loans

18 by other Warehouse Lenders.

19      19.     The liquidity crisis caused by problems in the mortgage lending industry has ad-

20 versely impacted nearly every major mortgage originator, mortgage investor, and Warehouse

21 Lender. In the last few weeks, originators including Countrywide Financial Corporation

22 ("Countrywide"), Accredited Home Lenders Holding, American Home Mortgage Holdings,

23 HomeBanc Mortgage Corporation and Aegis Mortgage Corporation, as well as mortgage inves-

24 tors, C-Bass and certain Bear Sterns funds, have either issued press releases concerning lowered

25 earnings, credit issues or filed for bankruptcy protection. In a rare, unscheduled meeting last

26

8

week, the Federal Reserve Board lowered its discount rate in an effort to ease the liquidity crisis that has crippled the mortgage lending industry.

### Efforts Undertaken to Avoid Bankruptcy

20.     Over the course of the past several weeks, I along with the rest of First Magnus Financial's management have been meeting (often around the clock) with existing Warehouse Lenders, with parties to Loan Purchase Agreements, with private equity firms, and with other sources of capital to raise funds needed to keep the company running. Shareholders of First Magnus Capital have made available to First Magnus Financial approximately $13 million over the course of the last few weeks to help cope with the liquidity crisis. Last week, it became apparent that First Magnus Financial simply could not withstand the liquidity crisis that has resulted in the demise of numerous other mortgage lenders who, like First Magnus Financial, were historically profitable. On August 16, 2007, unable to secure financing for continued operations, First Magnus Financial laid off most of its employees and ceased operations.

### The Developing Wind Down Plan

21.     First Magnus Financial recently retained MCA Financial Group, Ltd. ("MCA") and Greenberg Traurig, LLP ("GT") to assist management with an orderly liquidation of the company. While things are very fluid at the moment and are subject to change, the wind down of First Magnus Financial contemplates (among other things) the following:

(a)     Sale of the loans that are the subject of the Repurchase Agreements summarized above, or a turn over of those loans to the Warehouse Lenders;

(b)     Sale of the Scratch and Dent Assets;

(c)     Sale or return to lenders or lessors of personal property (primarily office equipment) used in the First Magnus Financial business operations;

(d)     Sale or dissolution of ancillary businesses;

(e)     Immediate termination or rejection of most executory contracts and leases, along with a phased reduction of space in the First Magnus Financial headquarters in

9

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

1 Tucson, with an expected full rejection or negotiated termination of the headquarters lease by

2 year's end; and

3       (f)     The phased reduction of the approximately 159 employees of First Mag-

4 nus Financial (the "Retained Employees") that have been retained to assist with the wind down

5 of the companies.

6       22.     Based on preliminary estimates, the wind down of First Magnus Financial will

7 cost approximately $12-13 million and will provide a net recovery for creditors of approxi-

8 mately $26 million. In large measure, the success of the liquidation of First Magnus Financial

9 will depend on the amount of the equity or "haircuts" in the company's $1.9 billion loan portfo-

10 lio that can be recovered to pay creditor claims. The attached Budget does not include recover-

11 ies of haircuts from First Magnus Financial's existing loan portfolio. Cash needed to pay for the

12 wind down of First Magnus Financial will come from a number of sources, including the follow-

13 ing:

14       (a)     Cash on hand in the approximate amount of $3.8 million;

15       (b)     Income from loans currently owned by First Magnus Financial (primarily

16 from scratch and dent loans) which may be cash collateral claimed by First Magnus Capital;

17       (c)     Proceeds from a debtor-in-possession loan (the "DIP Loan) in an esti-

18 mated amount of between $10-15 million that is being negotiated with several sources;

19       (d)     Returns of all or a portion of the First Magnus Financial haircuts or other

20 compensation received by First Magnus Financial for services provided to the Warehouse Lend-

21 ers with respect to sales of the loans described in paragraph 8 above;

22       (d)     Proceeds from the sale of any ancillary businesses;

23       (e)     Proceeds from the sale of the Scratch and Dent Assets; and

24       (f)     Proceeds from the sale of any other remaining assets of First Magnus Fi-

25 nancial.[3]

26

---

[3]     A copy of the preliminary wind down budget is attached to this Omnibus Declaration as Exhibit A.

PHX 327924241v1 8/21/2007

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

**FIRST DAY MOTIONS**

23.     In order to accomplish a wind down of the companies which should produce a re-turn to creditors, First Magnus Financial will need (among other things) immediately: (i) au-thorization to hire MCA and GT; (ii) authorization to pay prepetition wages of retained employ-ees; (iii) authorization to obtain a DIP Loan; (iv) authorization to pay prepetition claims to utili-ties and taxing authorities; and (v) authorization to reject in short order (and in some cases on a *nunc pro tunc* basis) burdensome executory contracts and leases.  Accordingly, concurrent with the filing of its Chapter 11 petition, First Magnus Financial has filed, for the Court's approval, a number of motions and applications (the "First Day Motions") that are necessary to enable First Magnus Financial to operate in Chapter 11 with a minimum disruption and loss of productivity. First Magnus Financial respectfully requests that each of the First Day Motions be granted as a critical element in achieving maximization of the estates.  A description of each of the First Day Motions is provided below.

**Emergency Motion for Order Authorizing Payment of Prepetition Employee Obligations**

24.     Until August 16, 2007, First Magnus Financial employed approximately 6,000 employees.  However, as of the Petition Date, First Magnus Financial has retained only 159 em-ployees to assist with the orderly wind-down of the company (the "Retained Employees").[4] First Magnus Financial believes that, as of the Petition Date, certain wages, salaries, commis-sions, health and insurance benefits, vacation pay, or other compensation, and payroll taxes and deductions (collectively, the "Employee Obligations") owed to or for the benefit of the Retained Employees and the Former Employees were not paid.  The vast majority of the unpaid Em-ployee Obligations is owed to individuals who earn less than the priority wage amount under 11 U.S.C. §507(a)(4), and who rely on timely receipt of the Employee Obligations in the ordinary course of business to pay for their immediate living expenses.  Accordingly, First Magnus Fi-nancial seeks an Order of the Court: (i) authorizing First Magnus Financial to pay immediately

---

[4]     All employees except for the Retained Employees will be referred to as the "Former Employees."

*PHX 327924241v1 8/21/2007*

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

1    all unpaid pre-petition Employee Obligations for the Retained Employees (in an amount not to

2    exceed $10,000 per employee); and (ii) as and when adequate funds become available (through

3    sales of assets, the DIP Loan, or otherwise), authorizing First Magnus Financial to pay all re-

4    maining unpaid pre-petition Employee Obligations for the Former Employees.

5            25.     First Magnus Financial estimates that the unpaid pre-petition Employee Obliga-

6    tions for the Retained Employees, for which First Magnus Financial seeks immediate payment

7    authority, totals approximately $600,000. First Magnus Financial currently has sufficient cash

8    on hand to pay the Employee Obligations for the Retained Employees. Attached as Exhibit B is

9    a list of the Retained Employees and the prepetition Employee Obligations that is owed to them.

10                        **Postpetition Debtor In Possession Financing**

11           26.     An immediate and critical need exists for First Magnus Financial to obtain a DIP

12   Loan in order to continue limited operations and wind-down the affairs of the company. With-

13   out the DIP Loan, First Magnus Financial will not be able to avoid irreparable harm to the bank-

14   ruptcy estate. First Magnus Financial must have access to sufficient working capital and liquid-

15   ity through the incurrence of new indebtedness and other financial accommodations in order to

16   preserve the value of its assets and avoid the immediate and irrecoverable loss of the value of its

17   remaining assets. Accordingly, First Magnus Financial is in the process of negotiating a DIP

18   Loan and expects to file an appropriate financing motion in the next few days.

19   **Emergency Motion for Order (I) Prohibiting Utility Companies from Altering, Refusing or**
20   **Discontinuing Services and (II) Establishing Procedures for Determining Requests for Ad-**
     **ditional Adequate Assurance**
21
22           27.     First Magnus Financial also has filed a first day motion asking the Court to enter

     an Order: (i) prohibiting its pre-petition providers of utility services from altering, refusing or
23
     discontinuing services because of pre-petition invoices and (ii) establishing procedures for de-
24
     termining requests for additional adequate assurance. Such relief is necessary because uninter-
25
     rupted utility services are critical to the company's continued business operations and ability to
26

                                              12

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

1    preserve the value of its remaining assets.  If utility companies cease providing service, First

2    Magnus Financial's estate will be severely damaged, thus jeopardizing its reorganization efforts.

3    Moreover, the utility companies will not suffer any tangible economic harm, as First Magnus

4    Financial will compensate the utility companies in full for any post-petition services they pro-

5    vide.

6          28.    Historically, First Magnus Financial has made timely and prompt payments to the

7    Utility Companies. To the best of my knowledge, there currently are no defaults or arrearages

8    with respect to undisputed Utility Service invoices.

9          29.    Based on its preliminary budget, First Magnus Financial has adequate liquidity to

10   continue to pay all utility charges on a current basis.   Thus, First Magnus Financial will con-

11   tinue its customary practice of paying its utility bills as they become due in the ordinary course

12   of business.

13   **Motion for Authorization to hire MCA and GT and for Order Establishing Interim Fee
     Application and Expense Reimbursement Procedure (the "Knudsen Motion).**

14

15         30.    First Magnus Financial also requests authorization to employ MCA and GT as es-

16   tate professionals (the "Professionals"), and First Magnus Financial requests an order authoriz-

17   ing a procedure for the Professionals employed or to be employed by order of the Court to:  (1)

18   receive monthly payments on account; and (2) file periodic applications for approval of interim

19   reimbursement of expenses incurred, pursuant to Bankruptcy Code § 331.

20         31.    First Magnus Financial believes that it is necessary to establish a procedure for

21   paying and monitoring the interim compensation due from the estate on a monthly basis.  By

22   reviewing the amounts requested on a monthly basis rather than every 120 days, First Magnus

23   Financial, the United States Trustee, and creditors and other parties in interest will be in a better

24   position to monitor and control the costs and fees of estate Professionals on a current basis.  The

25   absence of a procedure for awarding interim compensation on a monthly basis may cause undue

26   financial burden on the Professionals, unfairly compel the Professionals to finance the Chapter

13

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

1   11 case, or discourage other Professionals, whose services First Magnus Financial might require,

2   from accepting or continuing employment in this case.   Therefore, First Magnus Financial re-

3   quests that the Court adopt the procedures outlined in the Motions.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

14

1    I declare under penalty of perjury under the laws of the United States of America, that all

2    of the statements that I have made in this Declaration are true and correct to the best of my

3    knowledge, information, and belief.  If called to testify in this matter, I would testify as stated in

4    this Declaration.

5        Dated this 21st day of August, 2007.

6

7
                                        _____
8                                        Gurpreet S. Jaggi
                                        President, CEO, and Director
9                                        First Magnus Financial Corporation

10

11   COPIES of the foregoing were served
     this 21st day of August, 2007, on all parties
12   on the attached Service List via first-class,
     U.S. Mail, Email, or Facsimile.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

*PHX 327924241v1 8/21/2007*

CHASE EQUIPMENT LEASING
1111 POLARIS PARKWAY STE A3
COLUMBUS OH 43240

JP MORGAN CHASE
PO BOX 974675
DALLAS TX 75397

THOMAS W SULLIVAN SR REVOCABLE TRUST
603 N WILMOT
TUCSON AZ 85711

MGIC
MGIC GUARA PO BOX 488
MILWAUKEE WI 53201-0488

UBS WARBURG
1285 AVENUE OF THE AMERICAS
11TH FLOOR
NEW YORK NY 100119

WASHINGTON MUTUAL BANK
555 DIVEND DRIVE
SUITE 150
COPPELL TX 75019

MERRILL LYNCH CONSTRUCTION LINE
2 WORLD FINANCIAL CENTER
5TH FLOOR
NEW YORK NY 10281

COUNTRY WIDE WAREHOUSE LENDING
8511 FALLBROOK AVENUE
WEST HILLS CA 91304

NATIONAL BANK OF AZ LOC
335 N WILMOT
TUCSON AZ 85711

WNS NORTH AMERICA INC
420 LEXINGTON AVENUE
SUITE 2515
NEW YORK NY 10170

PYRO
8750 N CENTRAL EXPRESSWAY
SUITE 1050
DALLAS TX 75231

FANNIE MAE
6000 FELDWOOD DRIVE
COLLEGE PARK GA 30349

CORELOGIC
10360 OLD PLACERVILLE ROAD
SUITE 100
SACRAMENTO CA 95287

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096

HILTON & MEYERS
3350 N COUNTRY CLUB
TUCSON AZ 85716

TIME WARNER
PO BOX 172567
DENVER CO 80217

GAPCO
8375 HAVEN AVE
SUITE 210
RANCHO CUCAMONGA CA 91730

MGIC
250 E KILBORN AVE
MILWAUKEE WI 53202

PRINCIPAL LIFE
DEPT 400
PO BOX 14416
DES MOINES IA 50306

FEDERAL EXPRESS
PO BOX 660481
DALLAS TX 75266

PHX 22792406/v1 8/20/2007

NEVADA DEPT OF BUSINESS & INDUSTRY
DIVISION OF MORTGAGE LENDING
400 W KING ST STE 101
CARSON CITY NV 89703

NEW HAMPSHIRE BANKING DEPT
64B OLD SUNCOOK ROAD
CONCORD NH 03301

NEW JERSEY DEPT OF BANKING
LICENSING SERVICES BUREAU
20 W STATE ST 8TH FLOOR
TRENTON NJ 08608

NEW MEXICO FINANCIAL INSTITUTIONS DIV
2550 CERRILLOS ROAD
3RD FLOOR
SANTA FE NM 87505

NEW YORK BANKING DEPT
ONE STATE STREET
3RD FLOOR
NEW YORK NY 10004

N CAROLINA COMMISSIONER OF BANKS
MORTGAGE LICENSING SECTION
4309 MAIL SERVICE CENTER
RALEIGH NC 27699

N DAKOTA DEPT OF FINANCIAL INSTITUTIONS
2000 SCHAFER ST
SUITE G
BISMARCK ND 58501

OHIO DEPT OF COMMERCE
DIVISION OF FINANCIAL INSTITUTIONS
77 S HIGH ST 21ST FLOOR
COLUMBUS OH 43215

OKLAHOMA DEPT OF CONSUMER CREDIT
4545 N LINCOLN BLVD
SUITE 104
OKLAHOMA CITY OK 73105

OREGON DEPT OF CONSUMER & BUSINESS SERV
350 WINTER STREET NE
ROOM 410
SALEM OR 97301

PENNSYLVANIA DEPT OF BANKING
MARKET SQUARE PLAZA
17 N SECOND ST STE 1300
HARRISBURG PA 17101

RHODE ISLAND DEPT OF BUSINESS REGULATION
DIVISION OF BANKING
233 RICHMOND ST STE 231
PROVIDENCE RI 02903

S CAROLINA DEPT OF CONSUMER AFFAIRS
3600 FOREST DRIVE
3RD FLOOR
COLUMBIA SC 29250

S DAKOTA DIVISION OF BANKING
217 ½ WEST MISSOURI AVENUE
PIERRE SD 57501

TENNESSEE DEPT OF FINANCIAL INSTITUTIONS
COMPLIANCE DIVISION
511 UNION STREET STE 400
NASHVILLE TN 37219

TEXAS OFFICE OF CONSUMER CREDIT COMMISSION
REGULATED LOAN LICENSING
2601 N LAMAR BLVD
AUSTIN TX 78705

UTAH DIVISION OF REAL ESTATE
160 EAST 300 SOUTH
P O BOX 146711
SALT LAKE CITY UT 84114

VERMONT DEPT OF BANKING
BANKING DIVISION
89 MAIN STREET DRAWER 20
MONTPELIER VT 05620

PHX 32792406r1 8/20/2007

FLORIDA OFFICE OF FINANCIAL REGULATION
200 E GAINES STREET
TALLAHASSEE FL 32399

GEORGIA DEPT OF BANKING AND FINANCE
2990 BRANDYWINE ROAD
SUITE 200
ATLANTA GA 30341

HAWAII DIV OF FINANCIAL INSTITUTIONS
KING KALAKAUA BLDG
335 MERCHANT STREET RM 221
HONOLULU HI 96813

IDAHO DEPT OF FINANCE
800 PARK BLVD
SUITE 200
BOISE ID 83712

ILLINOIS DEPT OF FINANCIAL AND
PROFESSIONAL REGULATION
500 EAST MONROE
SPRINGFIELD IL 62701

INDIANA DEPT OF FINANCIAL INSTITUTIONS
30 S MERIDIAN STREET
SUITE 300
INDIANAPOLIS IN 46204

IOWA DIVISION OF BANKING
200 E GRAND AVENUE
SUITE 300
DES MOINES IA 50309

KANSAS OFFICE OF STATE BANK COMMISSIONER
700 JACKSON
SUITE 300
TOPEKA KS 66603

KENTUCKY OFFICE OF FINANCIAL INSTITUTIONS
1025 CAPITAL CENTER DRIVE
SUITE 200
FRANKFORT KY 40601

PHX 327924061v1 8/20/2007

LOUISIANA MORTGAGE LICENSING DIV
8660 UNITED PLAZA BLVD
SECOND FLOOR
BATON ROUGE LA 70809

MAINE DEPT OF PROFESSIONAL & FINANCIAL REG
OFFICE OF CONSUMER CREDIT REG
122 NORTHERN AVENUE
GARDINER ME 04345

MARYLAND DEPT OF LICENSING
COMMISSIONER OF FINANCIAL REGULATION
500 N CALVERT ST SUITE 402
BALTIMORE MD 21202

MASSACHUSETTS DIVISION OF BANKS
ONE SOUTH STATE
3RD FLOOR
BOSTON MA 02110

MICHIGAN CONSUMER FINANCE UNIT
611 W OTTAWA STREET
3RD FLOOR
LANSING MI 48933

MINNESOTA DEPT OF COMMERCE
85 7TH PLACE EAST
SUITE 500
ST PAUL MN 55101

MISSISSIPPI DEPT OF BANKING
901 WOOLFOLK BLDG STE A
501 N WEST STREET
JACKSON MS 39201

MONTANA DIV OF BANKING
301 SOUTH PARK
SUITE 316
HELENA MT 59601

NEBRASKA DEPT OF BANKING & FINANCE
1230 O STREET
SUITE 400
LINCOLN NE 68508

PHX 327924061v1 8/20/2007

ATT
PO BOX 78045
PHOENIX AZ 85045

OFFICEMAX
440 NORTH 51ST AVENUE
PHOENIX AZ 85043

DUCK SOUP PRODUCTION
3350 N COUNTRY CLUB
TUCSON AZ 85716

QWEST COMMUNICATIONS
PO BOX 856169
LOUISVILLE KY 40285-6169

TUCSON ELECTRIC CO
PO BOX 711
TUCSON AZ 85702-0711

CITY OF TUCSON -WATER
310 WEST ALAMEDA
TUCSON AZ 85701

ARIZONA DEPT OF FINANCIAL INSTITUTIONS
2910 N 44TH STREET
SUITE 310
PHOENIX AZ 85018

FIRST MAGNUS CAPITAL INC
603 N WILMOT
TUCSON AZ 85711

INTERNAL REVENUE SERVICE
P O BOX 24017
FRESNO CA 93779

ARIZONA DEPARTMENT OF REVENUE
1600 W MONROE
PHOENIX AZ 85007

SEC HEADQUARTERS
100 F STREET NE
WASHINGTON DC 20549
PHX 32792405v1 8/20/2007

OFFICE OF THE US TRUSTEE
230 N 1ST AVENUE
SUITE 204
PHOENIX AZ 85003

ALABAMA STATE BANKING DEPT
401 ADAMS AVENUE
SUITE 680
MONTGOMERY AL 36104

ALASKA MORTGAGE LICENSING DIV
333 W WILLOUGHBY AVENUE
9TH FLOOR
JUNEAU AK 99811

ARKANSAS SECURITIES DEPT
HERITAGE WEST BLDG SUITE 300
201 EAST MARKHAM STREET
LITTLE ROCK AR 72201

CALIFORNIA DEPT OF CORPORATION
320 WEST 4TH STREET
SUITE 750
LOS ANGELES CA 90013

COLORADO UNIFORM CONSUMER CREDIT CODE
1525 SHERMAN STREET
5TH FLOOR
DENVER CO 80203

CONNECTICUT DEPT OF BANKING
260 CONSTITUTION PLAZA
HARTFORD CT 06103

DELAWARE OFFICE OF STATE BANKING COMM
555 E LOCCKERMAN STREET
SUITE 210
DOVER DE 19901

DISTRICT OF COLUMBIA DEPT OF BANKING
810 FIRST STREET NE
SUITE 701
WASHINGTON DC 20002

PHX 32792406v1 8/20/2007

DELL
PO BOX 802816
CHICAGO IL 60680

CORPORATE EXPRESS
PO BOX 71217
CHICAGO IL 60694

FM REALTY LLC
603 N WILMOT
TUCSON AZ 85711

WC PARTNERS
PO BOX 51285
LOS ANGELES CA 90051

CHASE EQUIPMENT LEASING
1111 POLARIS PARKWAY STE A3
COLUMBUS OH 43240

VANGUARD LEGATO GROUP
PO BOX 641417
SAN JOSE CA 95164

MORTGAGE TRAINING CORP OF AMERICA
17015 N SCOTTSDALE
SCOTTSDALE AZ 85255

DESARROLLOS HOTELEROS
800 BRICKELL
SUITE 100A
MIAMI FL 33131

LONG MORTGAGE
1050 E RIVER ROAD
TUCSON AZ 85718

FENNEMORE CRAIG PC
ONE SOUTH CHURCH AVE
SUITE 1000
TUCSON AZ 85701

PHX 3379246v1 8/20/2007

# EXHIBIT "A"

**First Magnus Capital Corp.**
**26 Week Budget**
*Preliminary - Subject to Change*

| | 1 Week End 09/24/07 | 2 Week End 08/31/07 | 3 Week End 09/07/07 | 4 Week End 09/14/07 | 5 Week End 09/21/07 | 6 Week End 09/28/07 | 7 Week End 10/05/07 | 8 Week End 10/12/07 | 9 Week End 10/19/07 | 10 Week End 10/26/07 | 11 Week End 11/02/07 | 12 Week End 11/09/07 | 13 Week End 11/16/07 | 14 Week End 11/23/07 | 15 Week End 11/30/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | 4,600,000 | 3,328,718 | 3,560,718 | 2,189,837 | 2,409,337 | 2,045,645 | - | - | 1,000,000 | 921,880 | 336,106 | 1,138,936 | 1,464,509 | 2,886,389 | 4,080,651 |
| Total Cash In | - | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,500,000 | 1,500,000 | 1,500,000 |
| Total Cash Out | (671,282) | (68,000) | (1,670,882) | (80,500) | (663,692) | (13,970,782) | (784,010) | (4,075,620) | (78,120) | (1,585,774) | (197,170) | (674,427) | (78,120) | (305,738) | (1,198,620) |
| Advances Under DIP Facility | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Cash | 3,328,718 | 3,560,718 | 2,189,837 | 2,409,337 | 2,045,645 | 11,625,136 | 484,010 | 3,075,620 | 921,880 | 336,106 | 1,138,936 | 1,464,509 | 2,886,389 | 4,080,651 | 4,382,031 |
| **Total Sources of Cash:** | | | | | | | | | | | | | | | |
| Income, all sources | - | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,500,000 | 1,500,000 | 1,500,000 |
| Total Cash In: | - | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,500,000 | 1,500,000 | 1,500,000 |
| **Total Uses of Cash:** | | | | | | | | | | | | | | | |
| Payroll - Pre Petition Terminated Employees | 583,282 | | | | | | | | | | | | | | |
| Payroll - Pre Petition Continuing Employees | | | 291,641 | | | | | | | | | | | | |
| Payroll - Post Petition | | | 291,641 | | 508,192 | | 413,290 | | | 377,654 | | 301,307 | | 222,618 | |
| Retention Pay | | | | | | 12,416,718 | | 3,700,000 | | | | | | | |
| Employee Expense Reimbursement - Pre Petition | | | | | | 200,000 | | 250,000 | | 250,000 | | 250,000 | | | |
| Employee Expense Reimbursement - Post Petition | | | 12,500 | | 12,500 | | 12,500 | | | 12,500 | | 12,500 | | 12,500 | |
| Employee Related | 583,282 | | 595,782 | | 520,692 | 12,616,718 | 425,790 | 3,950,000 | | 640,154 | | 563,807 | | 235,118 | |
| Rents - Tucson (primary) | | | 143,100 | | | | 143,100 | | | | 71,550 | | | | |
| NNN Requirements | | | | | | | 53,000 | | | | | | | | 53,000 |
| Utilities/Water - Tucson | | | 34,000 | | | | 34,000 | | | | 25,000 | | | | |
| Travel | | | | | | | | | | | | | | | |
| Office expense | 15,000 | 15,000 | 15,000 | 15,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | |
| Postage and delivery | 10,000 | 30,000 | 20,000 | 20,000 | 10,000 | 10,000 | 5,000 | 5,000 | | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Telephone/Connectivity | | | 25,000 | 25,000 | 10,000 | 5,000 | 5,000 | 5,000 | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Insurance | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 15,000 | 15,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Computer and equipment fees | | | | 10,000 | | | 10,000 | 10,000 | 10,000 | 5,000 | 10,000 | 10,000 | 10,000 | 5,000 | 5,000 |
| Outside IT Support - Loan Tracker & Key Systems | | | 25,000 | | | | 25,000 | 25,000 | | | 25,000 | 25,000 | | | |
| Outside Service/Security | 3,000 | 3,000 | 3,000 | | 3,000 | 3,000 | 5,000 | 2,500 | | | | | | | |
| Equipment Lease/Rental - Tucson Post Petition | | | 40,000 | | | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Cure Cost on Computers and Equipment | | | | | 100,000 | | | | | | | | | | |
| Other expenses/Contingency | 10,000 | 10,000 | 10,000 | | | | 10,000 | 10,000 | 10,000 | | | 10,000 | 10,000 | | 10,000 |
| Operating Expenses | 48,000 | 68,000 | 325,100 | 80,500 | 143,000 | 38,000 | 316,100 | 83,500 | 36,000 | 28,500 | 155,050 | 68,500 | 36,000 | 28,500 | 81,500 |
| Interest Expense | 40,000 | | | | | 41,063 | 42,120 | 42,120 | 42,120 | 42,120 | 42,120 | 42,120 | 42,120 | 42,120 | 42,120 |
| DIP Loan Due Diligence Fees | | | 750,000 | | | | | | | | | | | | |
| DIP Loan - 5% Upfront Facility Fee | | | | | | | | | | 875,000 | | | | | |
| DIP Facility Fee Expense | | | | | | 1,275,000 | | | | | | | | | 1,075,000 |
| Administrative/DIP Loan Expenses | | | 750,000 | | | 1,275,000 | | | | 875,000 | | | | | 1,075,000 |
| Total Cash Out: | (671,282) | (68,000) | (1,670,882) | (80,500) | (663,692) | (13,970,782) | (784,010) | (4,075,620) | (78,120) | (1,585,774) | (197,170) | (674,427) | (78,120) | (305,738) | (1,198,620) |
| Net Cash Weekly Cash Use | (671,282) | 232,000 | (1,370,882) | 219,500 | (363,692) | (13,670,782) | (484,010) | (3,075,620) | 921,880 | (585,774) | 802,830 | 325,573 | 1,421,880 | 1,194,262 | 301,380 |
| Cumulative Cash Use | (671,282) | (439,282) | (1,810,163) | (1,590,663) | (1,954,355) | (15,625,136) | (16,109,147) | (19,184,767) | (18,262,887) | (18,848,660) | (18,045,831) | (17,720,258) | (16,298,378) | (15,104,116) | (14,802,736) |
| **Accrual of Administrative Expenses** | | | | | | | | | | | | | | | |
| Legal Fees | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 175,000 | 100,000 | 100,000 | 100,000 | 175,000 | 100,000 | 100,000 | 100,000 | 100,000 | 175,000 |
| Financial Advisor Fees | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 |
| Real Estate/Other | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Total Administrative Expenses | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 275,000 | 200,000 | 200,000 | 200,000 | 275,000 | 200,000 | 200,000 | 200,000 | 200,000 | 275,000 |
| **Collateral Value** | | | | | | | | | | | | | | | |
| Beginning Collateral Value | 67,000,000 | 35,000,000 | 34,700,000 | 34,400,000 | 34,100,000 | 33,800,000 | 33,500,000 | 33,200,000 | 32,200,000 | 31,200,000 | 30,200,000 | 29,200,000 | 28,200,000 | 26,700,000 | 25,200,000 |
| Estimated valuation allowance | (32,000,000) | (300,000) | (300,000) | (300,000) | (300,000) | (300,000) | (300,000) | (1,000,000) | (1,000,000) | (1,000,000) | (1,000,000) | (1,000,000) | (1,500,000) | (1,500,000) | (1,500,000) |
| Sales Proceeds All Sources | | | | | | | | | | | | | | | |
| Ending Collateral Value | 35,000,000 | 34,700,000 | 34,400,000 | 34,100,000 | 33,800,000 | 33,500,000 | 33,200,000 | 32,200,000 | 31,200,000 | 30,200,000 | 29,200,000 | 28,200,000 | 26,700,000 | 25,200,000 | 23,700,000 |

Note: This budget excludes gross sale proceeds and the net expenses (commissions, appraisals, credit report, title, etc.) relating to the sale of existing notes payable financed pursuant to secured lines of credit/repo agreements.

**First Magnus Capital Corp.**
**26 Week Budget**
*Preliminary - Subject to Change*

Header columns: each week shows the week number, "Week End" and the week-ending date.

| Line Item | 16 WE 12/07/07 | 17 WE 12/14/07 | 18 WE 12/21/07 | 19 WE 12/28/07 | 20 WE 01/04/08 | 21 WE 01/11/08 | 22 WE 01/18/08 | 23 WE 01/25/08 | 24 WE 02/01/08 | 25 WE 02/08/08 | 26 WE 02/15/08 | Twenty Six Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | 4,382,031 | 5,487,268 | 6,925,773 | 8,239,198 | 8,802,703 | 11,194,957 | 13,509,632 | 15,949,387 | 17,389,062 | 19,781,317 | 22,095,992 | 4,000,000 |
| Total Cash In | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,700,000 | 35,000,000 |
| Total Cash Out | (394,763) | (61,495) | (186,575) | (936,495) | (107,745) | (185,325) | (60,245) | (1,060,325) | (107,745) | (185,325) | (660,245) | (30,049,020) |
| Advances Under DIP Facility |  |  |  |  |  |  |  |  |  |  |  | 15,184,767 |
| Ending Cash | 5,487,268 | 6,925,773 | 8,239,198 | 8,802,703 | 11,194,957 | 13,509,632 | 15,949,387 | 17,389,062 | 19,781,317 | 22,095,992 | 24,135,747 | 24,135,747 |
| *Estimated net cash at six month* |  |  |  |  |  |  |  |  |  |  |  | **8,950,980** |
| **Total Sources of Cash:** |  |  |  |  |  |  |  |  |  |  |  |  |
| Income, all sources | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,700,000 | 35,000,000 |
| Total Cash In: | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,500,000 | 2,700,000 | 35,000,000 |
| **Total Uses of Cash:** |  |  |  |  |  |  |  |  |  |  |  |  |
| Payroll - Pre Petition Terminated Employees |  |  |  |  |  |  |  |  |  |  |  | 16,116,718 |
| Payroll - Pre Petition Continuing Employees |  |  |  |  |  |  |  |  |  |  |  | 874,922 |
| Payroll - Post Petition | 181,718 |  | 125,080 |  |  | 125,080 |  | 125,080 |  | 125,080 |  | 2,796,738 |
| Retention Pay |  |  |  |  |  |  |  |  |  |  |  | 750,000 |
| Employee Expense Reimbursement - Pre Petition |  |  |  |  |  |  |  |  |  |  |  | 200,000 |
| Employee Expense Reimbursement - Post Petition | 12,500 |  |  |  |  |  |  |  |  |  |  | 87,500 |
| Employee Related | 194,218 |  | 125,080 |  |  | 125,080 |  | 125,080 |  | 125,080 |  | 20,825,879 |
| Rents - Tucson (primary) | 71,550 |  |  |  |  |  |  |  |  |  |  | 469,300 |
| NNN Requirements |  |  |  |  | 20,000 |  |  |  | 20,000 |  |  | 106,000 |
| Utilities/Water - Tucson | 2,500 |  |  |  | 2,500 |  |  |  | 2,500 |  |  | 100,500 |
| Travel |  |  |  |  |  |  |  |  |  |  |  | 25,000 |
| Office expense | 2,500 | 2,500 | 2,500 | 2,500 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 158,750 |
| Postage and delivery | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 130,500 |
| Telephone/Connectivity | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 58,750 |
| Insurance | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 177,500 |
| Computer and equipment fees | 1,875 | 1,875 | 1,875 | 1,875 | 1,875 | 1,875 | 1,875 | 1,875 | 1,875 | 1,875 | 1,875 | 43,125 |
| Outside IT Support - Loan Tracker & Key Systems | 25,000 |  |  |  | 25,000 |  |  |  | 25,000 |  |  | 150,000 |
| Outside Service/Security | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 35,250 |
| Equipment Lease/Rental - Tucson Post Petition | 40,000 |  |  |  |  |  |  |  |  |  |  | 160,000 |
| Cure Cost on Computers and Equipment |  |  |  |  |  |  |  |  |  |  |  | 100,000 |
| Other expenses/Contingency | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 260,000 |
| Operating Expenses | 158,425 | 19,375 | 19,375 | 19,375 | 65,625 | 18,125 | 18,125 | 18,125 | 65,625 | 18,125 | 18,125 | 1,974,675 |
| Interest Expense | 42,120 | 42,120 | 42,120 | 42,120 | 42,120 | 42,120 | 42,120 | 42,120 | 42,120 | 42,120 | 42,120 | 883,466 |
| DIP Loan Due Diligence Fees |  |  |  |  |  |  |  |  |  |  |  | 40,000 |
| DIP Loan - 5% Upfront Facility Fee |  |  |  |  |  |  |  |  |  |  |  | 750,000 |
| Administrative Expenses |  |  |  | 875,000 |  |  |  | 875,000 |  |  | 600,000 | 5,575,000 |
| Administrative DIP Loan Expenses | 42,120 | 42,120 | 42,120 | 917,120 | 42,120 | 42,120 | 42,120 | 917,120 | 42,120 | 42,120 | 642,120 | 7,248,466 |
| **Total Cash Out:** | 394,763 | 61,495 | 186,575 | 936,495 | 107,745 | 185,325 | 60,245 | 1,060,325 | 107,745 | 185,325 | 660,245 | 30,049,020 |
| Net Cash Weekly Cash Use | 1,105,237 | 1,438,505 | 1,313,425 | 563,505 | 2,392,255 | 2,314,675 | 2,439,755 | 1,439,675 | 2,392,255 | 2,314,675 | 2,039,755 | 4,950,980 |
| Cumulative Cash Use | (13,697,499) | (12,258,994) | (10,945,569) | (10,382,064) | (7,989,809) | (5,675,134) | (3,235,379) | (1,795,705) | 596,550 | 2,911,225 | 4,950,980 | 4,950,980 |
| **Accrual of Administrative Expenses** |  |  |  |  |  |  |  |  |  |  |  |  |
| Legal Fees | 100,000 | 100,000 | 100,000 | 175,000 | 100,000 | 100,000 | 100,000 | 175,000 | 100,000 | 100,000 | 100,000 | 2,975,000 |
| Financial Advisor Fees | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 1,950,000 |
| Real Estate/Other | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 650,000 |
| Total Administrative Expenses | 200,000 | 200,000 | 200,000 | 275,000 | 200,000 | 200,000 | 200,000 | 275,000 | 200,000 | 200,000 | 200,000 | 5,575,000 |
| **Collateral Value** |  |  |  |  |  |  |  |  |  |  |  |  |
| Beginning Collateral Value | 23,700,000 | 22,200,000 | 20,700,000 | 19,200,000 | 17,700,000 | 15,200,000 | 12,700,000 | 10,200,000 | 7,700,000 | 5,200,000 | 2,700,000 | 67,000,000 |
| Estimated valuation allowance |  |  |  |  |  |  |  |  |  |  |  | (32,000,000) |
| Sales Proceeds All Sources | (1,500,000) | (1,500,000) | (1,500,000) | (1,500,000) | (2,500,000) | (2,500,000) | (2,500,000) | (2,500,000) | (2,500,000) | (2,500,000) | (2,700,000) | (35,000,000) |
| Ending Collateral Value | 22,200,000 | 20,700,000 | 19,200,000 | 17,700,000 | 15,200,000 | 12,700,000 | 10,200,000 | 7,700,000 | 5,200,000 | 2,700,000 |  |  |

Note: This budget excludes gross proceeds and the

# EXHIBIT "B"

**First Magnus Financial Corp.**
**26 Week Budget**
**Payroll – Subject to Change**

| | Headcount = | Weeks | Bi-Weekly Payroll | 1 Week End 08/24/07 | 2 Week End 08/31/07 | 3 Week End 09/07/07 | 4 Week End 09/14/07 | 5 Week End 09/21/07 | 6 Week End 09/28/07 | 7 Week End 10/05/07 | 8 Week End 10/12/07 | 9 Week End 10/19/07 | 10 Week End 10/26/07 | 11 Week End 11/02/07 | 12 Week End 11/09/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Executive** | | | | | | | | | | | | | | | |
| CEO | | 22 | 8,333 | 8,333 | - | 8,333 | - | 8,333 | 8,333 | 8,333 | 8,333 | - | 8,333 | 8,333 | 8,333 |
| COO | | 10 | 8,333 | 8,333 | - | 8,333 | - | 8,333 | 8,333 | 8,333 | 8,333 | - | 8,333 | 8,333 | 8,333 |
| CFO | | 10 | 8,333 | 8,333 | - | 8,333 | - | 8,333 | 8,333 | 8,333 | 8,333 | - | 8,333 | 8,333 | 8,333 |
| CIO | | 4 | 8,333 | 8,333 | - | 8,333 | - | 8,333 | 8,333 | - | - | - | - | - | - |
| Sr. VP | | 4 | 8,333 | 8,333 | - | 8,333 | - | 8,333 | 8,333 | - | - | - | - | - | - |
| | 5 | | 41,667 | 41,667 | - | 41,667 | - | 41,667 | 41,667 | 25,000 | 25,000 | - | 25,000 | 25,000 | 25,000 |
| **Legal** | | | | | | | | | | | | | | | |
| In House Attorney | | 22 | 7,500 | 7,500 | | 7,500 | | 7,500 | | 7,500 | | | 7,500 | | 7,500 |
| In House Attorney | | 22 | 6,000 | 6,000 | | 6,000 | | 6,000 | | 6,000 | | | 6,000 | | 6,000 |
| In House Attorney | | 8 | 6,000 | 6,000 | | 6,000 | | 6,000 | | 6,000 | | | 6,000 | | - |
| In House Attorney | | 8 | 3,040 | 3,040 | | 3,040 | | 3,040 | | 3,040 | | | 3,040 | | - |
| In House Attorney | | 14 | 6,000 | 6,000 | | 6,000 | | 6,000 | | 6,000 | | | 4,292 | | 6,000 |
| In House Attorney | | 8 | 4,292 | 4,292 | | 4,292 | | 4,292 | | 4,292 | | | 4,500 | | - |
| In House Attorney | | 8 | 4,500 | 4,500 | | 4,500 | | 4,500 | | 4,500 | | | 5,417 | | - |
| In House Attorney | | 8 | 5,417 | 5,417 | | 5,417 | | 5,417 | | 5,417 | | | 5,000 | | - |
| In House Attorney | | 14 | 5,000 | 5,000 | | 5,000 | | 5,000 | | 5,000 | | | 3,333 | | 5,000 |
| In House Attorney | | 8 | 3,333 | 3,333 | | 3,333 | | 3,333 | | 3,333 | | | 2,028 | | - |
| Legal Staff | | 14 | 2,028 | 2,028 | | 2,028 | | 2,028 | | 2,028 | | | 1,890 | | 2,028 |
| Legal Staff | | 2 | 1,890 | 1,890 | | 1,890 | | 1,890 | | 1,890 | | | - | | - |
| Legal Staff | | 2 | 1,668 | 2,000 | | 2,000 | | - | | - | | | - | | - |
| Legal Staff | | 22 | 1,334 | 1,500 | | 1,500 | | 1,334 | | 1,334 | | | 1,334 | | 1,334 |
| Legal Staff | | 2 | 1,500 | 1,500 | | 1,500 | | - | | - | | | - | | - |
| Legal Staff | | 2 | 5,600 | 5,600 | | 5,600 | | - | | - | | | - | | - |
| | 16 | | 65,702 | 65,434 | | 65,434 | | 56,334 | | 56,334 | | | 56,334 | | 27,862 |
| **Compliance** | | | | | | | | | | | | | | | |
| Legal compliance | | 2 | 3,896 | 3,896 | | 3,896 | | | | | | | | | |
| Legal compliance | | 2 | 2,083 | 2,083 | | 2,083 | | | | | | | | | |
| | 2 | | 5,979 | 5,979 | | 5,979 | | | | | | | | | |
| **Facilities** | | | | | | | | | | | | | | | |
| Manager | | 4 | 2,750 | 2,750 | 2,750 | 2,750 | 2,750 | 2,750 | 2,750 | 2,750 | | | | | 2,380 |
| Staff | | 14 | 2,380 | 2,380 | 2,380 | 2,380 | | 2,380 | 2,380 | 2,380 | | | 2,380 | | |
| Staff | | 8 | 1,502 | 1,502 | 1,502 | 1,502 | | | | | | | | | |
| Staff | | 2 | 1,707 | 1,707 | 1,707 | 1,707 | | | | | | | | | |
| | 4 | | 8,339 | 8,339 | 8,339 | 8,339 | | 5,130 | | 2,380 | | | 2,380 | | 2,380 |
| **Aviation** | | | | | | | | | | | | | | | |
| Flight Staff | | 2 | 4,594 | 4,594 | 4,594 | 4,594 | | | | | | | | | |
| Flight Staff | | 2 | 3,719 | 3,719 | 3,719 | 3,719 | | | | | | | | | |
| Flight Staff | | 2 | 3,719 | 3,719 | 3,719 | 3,719 | | | | | | | | | |
| Flight Staff | | 8 | 3,958 | 3,958 | 3,958 | 3,958 | | 3,958 | 3,958 | 3,958 | | | 3,958 | | |
| Flight Staff | | 2 | 2,500 | 2,500 | 2,500 | 2,500 | | | | | | | | | |
| | 5 | | 18,490 | 18,490 | 18,490 | 18,490 | | 3,958 | 3,958 | 3,958 | | | 3,958 | | |
| **Human Resources** | | | | | | | | | | | | | | | |
| Staff | | 22 | 2,292 | 2,292 | 2,292 | 2,292 | | 2,292 | | 2,292 | | | 2,292 | | 2,292 |
| Staff | | 2 | 1,610 | 1,610 | 1,610 | 1,610 | | | | | | | | | |
| Staff | | 2 | 2,113 | 2,113 | 2,113 | 2,113 | | | | | | | | | |
| Staff | | 2 | 1,787 | 1,787 | 1,787 | 1,787 | | | | | | | | | |
| Staff | | 14 | 4,084 | 4,084 | 4,084 | 4,084 | | 4,084 | | 4,084 | | | 4,084 | | 4,084 |
| Staff | | 8 | 2,334 | 2,334 | 2,334 | 2,334 | | 2,334 | | 2,334 | | | 2,334 | | |
| Staff | | 2 | 1,939 | 1,939 | 1,939 | 1,939 | | | | | | | | | |
| Staff | | 14 | 1,456 | 1,456 | 1,456 | 1,456 | | 1,456 | | 1,456 | | | 1,456 | | 1,456 |
| Staff | | 2 | 1,544 | 1,544 | 1,544 | 1,544 | | | | | | | | | |
| Staff | | 2 | 1,566 | 1,566 | 1,566 | 1,566 | | | | | | | | | |

**First Magnus Financial Corp.**
**26 Week Budget**
**Payroll - Subject to Change**

| Description | Bi-Weekly Payroll | Weeks | 1 Week End 08/24/07 | 2 Week End 08/31/07 | 3 Week End 09/07/07 | 4 Week End 09/14/07 | 5 Week End 09/21/07 | 6 Week End 09/28/07 | 7 Week End 10/05/07 | 8 Week End 10/12/07 | 9 Week End 10/19/07 | 10 Week End 10/26/07 | 11 Week End 11/02/07 | 12 Week End 11/09/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Staff | 1,556 | 2 | 1,556 | - | 1,556 | 1,556 | - | - | - | - | - | - | - | 1,556 |
| Staff | 1,992 | 2 | 1,992 | - | 1,992 | 1,992 | - | - | - | - | - | - | - | 1,992 |
| **Headcount = 12** | **24,283** | | **24,283** | - | **24,283** | **24,283** | **10,166** | **10,166** | **10,166** | **10,166** | - | **10,166** | **10,166** | **7,832** |
| **IT - Development** | | | | | | | | | | | | | | |
| Analysis | 3,250 | 22 | 3,250 | - | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | 3,250 | - | 3,250 | 3,250 | 3,250 |
| Analysis | 1,917 | 22 | 1,917 | - | 1,917 | 1,917 | 1,917 | 1,917 | 1,917 | 1,917 | - | 1,917 | 1,917 | 1,917 |
| Analysis | 1,958 | 6 | 1,958 | - | 1,958 | 1,958 | 1,958 | 1,958 | 1,958 | 1,958 | - | - | - | - |
| Analysis | 3,375 | 6 | 3,375 | - | 3,375 | 3,375 | 3,375 | 3,375 | 3,375 | 3,375 | - | - | - | - |
| Analysis | 1,667 | 2 | 1,667 | - | 1,667 | 1,667 | - | - | - | - | - | - | - | - |
| Analysis | 2,125 | 2 | 2,125 | - | 2,125 | 2,125 | - | - | - | - | - | - | - | - |
| Data Collection | 3,125 | 10 | 3,125 | - | 3,125 | 3,125 | 3,125 | 3,125 | 3,125 | 3,125 | - | 3,125 | 3,125 | 3,125 |
| Data Collection | 3,708 | 10 | 3,708 | - | 3,708 | 3,708 | 3,708 | 3,708 | 3,708 | 3,708 | - | 3,708 | 3,708 | 3,708 |
| Data Collection | 2,960 | 10 | 2,960 | - | 2,960 | 2,960 | 2,960 | 2,960 | 2,960 | 2,960 | - | - | - | - |
| Data Collection | 1,460 | 6 | 1,460 | - | 1,460 | 1,460 | 1,460 | 1,460 | 1,460 | 1,460 | - | - | - | - |
| System Upkeep | 2,292 | 10 | 2,292 | - | 2,292 | 2,292 | 2,292 | 2,292 | 2,292 | 2,292 | - | 2,292 | 2,292 | 2,292 |
| System Upkeep | 2,167 | 10 | 2,167 | - | 2,167 | 2,167 | 2,167 | 2,167 | 2,167 | 2,167 | - | 2,167 | 2,167 | 2,167 |
| Design Packaging | 2,084 | 2 | 2,084 | - | 2,084 | 2,084 | - | - | - | - | - | - | - | - |
| Design Packaging | 1,875 | 2 | 1,875 | - | 1,875 | 1,875 | - | - | - | - | - | - | - | - |
| **Headcount = 14** | **33,963** | | **33,963** | - | **33,963** | **33,963** | **26,212** | **26,212** | **26,212** | **26,212** | - | **16,459** | **16,459** | **16,459** |
| **IT - Operations** | | | | | | | | | | | | | | |
| Systems, Servers and Storage | 4,333 | 10 | 4,333 | - | 4,333 | 4,333 | 4,333 | 4,333 | 4,333 | 4,333 | - | 4,333 | 4,333 | 4,333 |
| Systems, Servers and Storage | 2,500 | 10 | 2,500 | - | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | - | 2,500 | 2,500 | 2,500 |
| Systems, Servers and Storage | 2,375 | 2 | 2,375 | - | 2,375 | 2,375 | - | - | - | - | - | - | - | - |
| Systems, Servers and Storage | 1,876 | 2 | 1,876 | - | 1,876 | 1,876 | - | - | - | - | - | - | - | - |
| Network Stability | 4,250 | 6 | 4,250 | - | 4,250 | 4,250 | 4,250 | 4,250 | 4,250 | 4,250 | - | 4,250 | 4,250 | 4,250 |
| Network Stability | 4,250 | 6 | 4,250 | - | 4,250 | 4,250 | 4,250 | 4,250 | 4,250 | 4,250 | - | - | - | - |
| Network Stability | 2,146 | 2 | 2,146 | - | 2,146 | 2,146 | - | - | - | - | - | - | - | - |
| Network Stability | 1,490 | 2 | 1,490 | - | 1,490 | 1,490 | - | - | - | - | - | - | - | - |
| Telephony | 4,000 | 10 | 4,000 | - | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | - | 4,000 | 4,000 | 4,000 |
| Telephony | 2,416 | 10 | 2,416 | - | 2,416 | 2,416 | 2,416 | 2,416 | 2,416 | 2,416 | - | - | - | - |
| Infrastructure | 3,000 | 10 | 3,000 | - | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | - | 3,000 | 3,000 | 3,000 |
| Infrastructure | 3,336 | 10 | 3,336 | - | 3,336 | 3,336 | 3,336 | 3,336 | 3,336 | 3,336 | - | 3,336 | 3,336 | 3,336 |
| Infrastructure | 1,925 | 10 | 1,925 | - | 1,925 | 1,925 | 1,925 | 1,925 | 1,925 | 1,925 | - | 1,925 | 1,925 | 1,925 |
| Infrastructure | 1,803 | 10 | 1,803 | - | 1,803 | 1,803 | 1,803 | 1,803 | 1,803 | 1,803 | - | 1,803 | 1,803 | 1,803 |
| Infrastructure | 1,508 | 6 | 1,508 | - | 1,508 | 1,508 | 1,508 | 1,508 | 1,508 | 1,508 | - | - | - | - |
| Infrastructure | 1,648 | 6 | 1,648 | - | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | 1,648 | - | - | - | - |
| Infrastructure | 1,713 | 10 | 1,713 | - | 1,713 | 1,713 | 1,713 | 1,713 | 1,713 | 1,713 | - | 1,713 | 1,713 | 1,713 |
| Infrastructure | 1,438 | 10 | 1,438 | - | 1,438 | 1,438 | 1,438 | 1,438 | 1,438 | 1,438 | - | - | - | - |
| Infrastructure | 2,917 | 6 | 2,917 | - | 2,917 | 2,917 | 2,917 | 2,917 | 2,917 | 2,917 | - | 2,917 | 2,917 | 2,917 |
| Infrastructure | 2,333 | 10 | 2,333 | - | 2,333 | 2,333 | 2,333 | 2,333 | 2,333 | 2,333 | - | 2,292 | 2,292 | 2,292 |
| Infrastructure | 2,292 | 10 | 2,292 | - | 2,292 | 2,292 | 2,292 | 2,292 | 2,292 | 2,292 | - | 2,292 | 2,292 | 2,292 |
| Infrastructure | 2,042 | 10 | 2,042 | - | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | 2,042 | - | 2,042 | 2,042 | 2,042 |
| Management | 6,500 | 10 | 6,500 | - | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | - | 6,500 | 6,500 | 6,500 |
| Management | 5,625 | 14 | 5,625 | - | 5,625 | 5,625 | 5,625 | 5,625 | 5,625 | 5,625 | - | 5,625 | 5,625 | 5,625 |
| Management | 6,250 | 14 | 6,250 | - | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | - | 6,250 | 6,250 | 6,250 |
| Management | 4,375 | 14 | 4,375 | - | 4,375 | 4,375 | 4,375 | 4,375 | 4,375 | 4,375 | - | 4,375 | 4,375 | 4,375 |
| Management | 1,750 | 10 | 1,750 | - | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | 1,750 | - | 1,750 | 1,750 | 1,750 |
| **Total IT — Headcount = 27** | **80,071** | | **80,071** | - | **80,071** | **80,071** | **72,184** | **72,184** | **72,184** | **72,184** | - | **58,601** | **58,601** | **58,601** |
| **Secondary Markets** | | | | | | | | | | | | | | |
| Department Manager | 9,168 | 22 | 9,168 | - | 9,168 | 9,168 | 9,168 | 9,168 | 9,168 | 9,168 | - | 9,168 | 9,168 | 9,168 |
| Traders | 2,500 | 22 | 2,500 | - | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | - | 2,500 | 2,500 | 2,500 |
| Traders | 2,000 | 22 | 2,000 | - | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | - | 2,000 | 2,000 | 2,000 |
| **Headcount = 3** | **13,668** | | **13,668** | - | **13,668** | **13,668** | **13,668** | **13,668** | **13,668** | **13,668** | - | **13,668** | **13,668** | **13,668** |
| **Closing, Shipping** | | | | | | | | | | | | | | |
| SVP Collateral | 4,375 | 22 | 4,375 | - | 4,375 | 4,375 | 4,375 | 4,375 | 4,375 | 4,375 | - | 4,375 | 4,375 | 4,375 |

# First Magnus Financial Corp.
## 26 Week Budget
### Payroll - Subject to Change

| Position | Bi-Weekly Payroll | Weeks | 1 Week End 08/24/07 | 2 Week End 08/31/07 | 3 Week End 09/07/07 | 4 Week End 09/14/07 | 5 Week End 09/21/07 | 6 Week End 09/28/07 | 7 Week End 10/05/07 | 8 Week End 10/12/07 | 9 Week End 10/19/07 | 10 Week End 10/26/07 | 11 Week End 11/02/07 | 12 Week End 11/09/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Post Closing | 2,850 | 22 WAMU | 2,850 | | 2,850 | 2,850 | 2,850 | 2,850 | 2,850 | | | | | 2,850 |
| Post Closing | 1,880 | 22 WAMU | 1,880 | | 1,880 | 1,880 | 1,880 | 1,880 | 1,880 | | | 1,880 | 1,880 | 1,880 |
| Post Closing | 1,797 | WAMU | 1,797 | | 1,797 | 1,797 | 1,797 | 1,797 | 1,797 | | | 1,797 | 1,797 | 1,797 |
| Post Closing | 1,638 | WAMU | 1,638 | | 1,638 | 1,638 | 1,638 | 1,638 | 1,638 | | | 1,638 | 1,638 | 1,638 |
| Shipping Manager | 3,550 | 22 WAMU | 3,550 | | 3,550 | 3,550 | 3,550 | 3,550 | 3,550 | | | | | 3,550 |
| Staff | 2,333 | WAMU | 2,333 | | 2,333 | 2,333 | 2,333 | 2,333 | 2,333 | | | 2,333 | 2,333 | 2,333 |
| File Review | 2,292 | 6 WAMU | 2,292 | | 2,292 | 2,292 | 2,292 | 2,292 | 2,292 | | | | | 2,292 |
| Utility | 2,504 | 8 WAMU | 2,504 | | 2,504 | 2,504 | 2,504 | 2,504 | 2,504 | | | | | |
| Utility | 1,355 | 8 | 1,355 | | 1,355 | 1,355 | 1,355 | 1,355 | 1,355 | | | 1,355 | 1,355 | |
| Staff | 2,385 | WAMU | 2,385 | | 2,385 | 2,385 | 2,385 | 2,385 | | | | | | |
| Staff | 2,073 | WAMU | 2,073 | | 2,073 | 2,073 | 2,073 | 2,073 | | | | | | |
| Staff | 2,546 | WAMU | 2,546 | | 2,546 | 2,546 | 2,546 | 2,546 | | | | | | |
| Staff | 2,745 | WAMU | 2,745 | | 2,745 | 2,745 | 2,745 | 2,745 | | | | | | |
| Shipper | 2,015 | 8 | 2,015 | | 2,015 | 2,015 | 2,015 | 2,015 | 2,015 | | | 2,015 | 2,015 | |
| File Review | 2,083 | 4 | 2,083 | | 2,083 | 2,083 | 2,083 | 2,083 | | | | | | 2,083 |
| Utility | 900 | 8 | 900 | | 900 | 900 | 900 | 900 | 900 | | | 900 | 900 | |
| Staff | 1,597 | WAMU | 1,597 | | 1,597 | 1,597 | 1,597 | 1,597 | | | | | | |
| Staff | 1,977 | 8 | 1,977 | | 1,977 | 1,977 | 1,977 | 1,977 | | | | | | |
| EDI Shipping | 2,469 | 6 | 2,469 | | 2,469 | 2,469 | 2,469 | 2,469 | 2,469 | | | | | |
| Staff | 1,512 | WAMU | 1,512 | | 1,512 | 1,512 | 1,512 | 1,512 | | | | | | |
| **Headcount = 21** | **46,876** | | **46,876** | | **46,876** | **46,876** | **46,876** | **46,876** | **27,454** | | | **22,693** | **22,693** | **18,423** |

### Risk Mgmt, Underwriting, CS

| Position | Bi-Weekly Payroll | Weeks | 1 Week End 08/24/07 | 2 Week End 08/31/07 | 3 Week End 09/07/07 | 4 Week End 09/14/07 | 5 Week End 09/21/07 | 6 Week End 09/28/07 | 7 Week End 10/05/07 | 8 Week End 10/12/07 | 9 Week End 10/19/07 | 10 Week End 10/26/07 | 11 Week End 11/02/07 | 12 Week End 11/09/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SVP Risk Mgmt | 6,250 | 22 | 6,250 | | 6,250 | 6,250 | 6,250 | | 6,250 | | | 6,250 | 6,250 | 6,250 |
| Asset Management | 3,417 | 22 | 3,417 | | 3,417 | 3,417 | 3,417 | | 3,417 | | | 3,417 | 3,417 | 3,417 |
| Risk - Fraud - Per Joel | 3,015 | 10 | 3,015 | | 3,015 | 3,015 | 3,015 | | 3,015 | | | 3,015 | 3,015 | 3,015 |
| Risk - Fraud - Per Joel | 1,875 | 10 | 1,875 | | 1,875 | 1,875 | 1,875 | | 1,875 | | | 1,875 | 1,875 | 1,875 |
| Customer Service | 1,453 | | 1,453 | | 1,453 | 1,453 | 1,453 | | 1,453 | | | 1,453 | | |
| Risk - Multi Use | 4,367 | 22 | 4,367 | | 4,367 | 4,367 | 4,367 | | 4,367 | | | 4,367 | | |
| Risk - Multi Use | 2,667 | 22 | 2,667 | | 2,667 | 2,667 | 2,667 | | 2,667 | | | 2,667 | | 2,667 |
| Risk - Multi Use - Per Joel | 3,701 | 8 | 3,701 | | 3,701 | 3,701 | 3,701 | | 3,701 | | | 3,701 | | |
| Risk - Multi Use | 3,500 | 14 | 3,500 | | 3,500 | 3,500 | 3,500 | | 3,500 | | | 3,500 | 3,500 | 3,500 |
| Risk - Multi Use - Per Joel | 1,708 | 4 | 1,708 | | 1,708 | 1,708 | 1,708 | | | | | | | |
| FHA Insuring | 1,488 | 4 | 1,488 | | 1,488 | 1,488 | 1,488 | | | | | | | |
| VA Guarantee | 4,583 | 4 | 4,583 | | 4,583 | 4,583 | 4,583 | | 4,583 | | | 4,583 | | |
| Utility | 800 | 6 | 800 | | 800 | 800 | 800 | | 800 | | | 800 | | |
| Risk - Multi Use - Per Joel | 2,455 | 6 | 2,455 | | 2,455 | 2,455 | 2,455 | | 2,455 | | | 2,455 | | |
| Collections Manager/Cust. Serv | 2,083 | 12 | 2,083 | | 2,083 | 2,083 | 2,083 | | 2,083 | | | 2,083 | 2,083 | 2,083 |
| Loan Reconciliation | 3,000 | | 3,000 | | 3,000 | 3,000 | 3,000 | | 3,000 | | | 3,000 | | |
| Utility | 800 | | 800 | | 800 | 800 | 800 | | 800 | | | 800 | | |
| Purchase Clearing | 1,875 | 4 | 1,875 | | 1,875 | 1,875 | 1,875 | | | | | | | |
| Notes/Purchase Clearing | 2,500 | 8 | 2,500 | | 2,500 | 2,500 | 2,500 | | 2,500 | | | 2,500 | 2,500 | |
| Utility | 800 | | 800 | | 800 | 800 | 800 | | 800 | | | 800 | 800 | |
| Scanning Manager | 1,729 | 8 | 1,729 | | 1,729 | 1,729 | 1,729 | | 1,729 | | | 1,729 | | |
| **Headcount = 21** | **54,066** | | **54,066** | | **54,066** | **54,066** | **54,066** | | **48,995** | | | **47,395** | | **22,807** |

### Broker/Consumer Hotline

| Position | Bi-Weekly Payroll | Weeks | 1 Week End 08/24/07 | 2 Week End 08/31/07 | 3 Week End 09/07/07 | 4 Week End 09/14/07 | 5 Week End 09/21/07 | 6 Week End 09/28/07 | 7 Week End 10/05/07 | 8 Week End 10/12/07 | 9 Week End 10/19/07 | 10 Week End 10/26/07 | 11 Week End 11/02/07 | 12 Week End 11/09/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Manager | 4,750 | 12 | 4,750 | | 4,750 | 4,750 | 4,750 | | 4,750 | | | 4,750 | 4,750 | 4,750 |
| Staff | 2,325 | 4 | 2,325 | | 2,325 | 2,325 | 2,325 | | | | | | | |
| Staff | 1,750 | 4 | 1,750 | | 1,750 | 1,750 | 1,750 | | | | | | | |
| Staff | 1,100 | 12 | 1,100 | | 1,100 | 1,100 | 1,100 | | | | | | | |
| Staff | 8,500 | 12 | 8,500 | | 8,500 | 8,500 | 8,500 | | 8,500 | 8,500 | | 8,500 | 8,500 | 8,500 |
| **Headcount = 5** | **18,425** | | **18,425** | | **18,425** | **18,425** | **18,425** | | **13,250** | **13,250** | | **13,250** | **13,250** | **13,250** |

### Special Projects

| Position | Bi-Weekly Payroll | Weeks | 7 Week End 10/05/07 | 10 Week End 10/26/07 | 12 Week End 11/09/07 |
|---|---|---|---|---|---|
| Staff | 3,500 | 12 | 3,500 | 3,500 | 3,500 |
| Staff | 4,000 | 12 | 4,000 | 4,000 | 4,000 |
| Staff | 5,000 | 12 | 5,000 | 5,000 | 5,000 |

# First Magnus Financial Corp.
## 26 Week Budget
### Payroll - Subject to Change

| | Bi-Weekly Payroll | Weeks | 1 Week End 08/24/07 | 2 Week End 08/31/07 | 3 Week End 09/07/07 | 4 Week End 09/14/07 | 5 Week End 09/21/07 | 6 Week End 09/28/07 | 7 Week End 10/05/07 | 8 Week End 10/12/07 | 9 Week End 10/19/07 | 10 Week End 10/26/07 | 11 Week End 11/02/07 | 12 Week End 11/09/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Staff** | 6,250 | 12 | 18,750 | - | 18,750 | - | 18,750 | - | 18,750 | - | 18,750 | - | - | 18,750 |
| Headcount = 4 | 18,750 | | 18,750 | - | 18,750 | - | 18,750 | - | 18,750 | - | 18,750 | - | - | 18,750 |
| **Accounting** | | | | | | | | | | | | | | |
| Sr. Financial Analyst | 5,834 | 22 | 5,834 | - | 5,834 | - | 5,834 | - | 5,834 | - | 5,834 | - | - | 5,834 |
| Controller | 6,750 | 22 | 6,750 | - | 6,750 | - | 6,750 | - | 6,750 | - | 6,750 | - | - | 6,750 |
| Process Director | 4,500 | 22 | 4,500 | - | 4,500 | - | 4,500 | - | 4,500 | - | 4,500 | - | - | 4,500 |
| Assistant Controller | 2,729 | 22 | 2,729 | - | 2,729 | - | 2,729 | - | 2,729 | - | 2,729 | - | - | 2,729 |
| Accounting Staff | 1,417 | 22 | 1,417 | - | 1,417 | - | 1,417 | - | 1,417 | - | 1,417 | - | - | 1,417 |
| Accounting Staff | 2,333 | 22 | 2,333 | - | 2,333 | - | 2,333 | - | 2,333 | - | 2,333 | - | - | 2,333 |
| Accounting Staff | 1,438 | 22 | 1,438 | - | 1,438 | - | 1,438 | - | 1,438 | - | 1,438 | - | - | 1,438 |
| Accounting Staff | 1,056 | WAMU | 1,056 | - | 1,056 | - | 1,056 | - | 1,056 | - | 1,056 | - | - | 1,056 |
| Headcount = 8 | 26,057 | | 26,057 | - | 26,057 | - | 26,057 | - | 26,057 | - | 26,057 | - | - | 26,057 |
| **Field Staff** | | | | | | | | | | | | | | |
| Field Staff 1 | 2,500 | 4 | 2,500 | - | 2,500 | - | - | - | - | - | - | - | - | - |
| Field Staff 2 | 2,500 | 4 | 2,500 | - | 2,500 | - | - | - | - | - | - | - | - | - |
| Field Staff 3 | 2,500 | 4 | 2,500 | - | 2,500 | - | - | - | - | - | - | - | - | - |
| Field Staff 4 | 2,500 | 4 | 2,500 | - | 2,500 | - | - | - | - | - | - | - | - | - |
| Field Staff 5 | 2,500 | 4 | 2,500 | - | 2,500 | - | - | - | - | - | - | - | - | - |
| Field Staff 6 | 2,500 | 4 | 2,500 | - | 2,500 | - | - | - | - | - | - | - | - | - |
| Field Staff 7 | 2,500 | 4 | 2,500 | - | 2,500 | - | - | - | - | - | - | - | - | - |
| Field Staff 8 | 2,500 | 4 | 2,500 | - | 2,500 | - | - | - | - | - | - | - | - | - |
| Field Staff 9 | 2,500 | 4 | 2,500 | - | 2,500 | - | - | - | - | - | - | - | - | - |
| Field Staff 10 | 2,500 | 4 | 2,500 | - | 2,500 | - | - | - | - | - | - | - | - | - |
| Field Staff 11 | 2,500 | 4 | 2,500 | - | 2,500 | - | - | - | - | - | - | - | - | - |
| Field Staff 12 | 2,500 | 4 | 2,500 | - | 2,500 | - | - | - | - | - | - | - | - | - |
| Headcount = 12 | 30,000 | | 30,000 | - | 30,000 | - | - | - | - | - | - | - | - | - |
| **Total Payroll - Salary** (Total Headcount = 159) | 485,736 | | 486,068 | - | 486,068 | - | 423,493 | - | 344,408 | - | - | 314,711 | - | 251,089 |
| **Payroll Taxes and Benefits** | 97,147 (20.0%) | | 97,214 | - | 97,214 | - | 84,699 | - | 68,882 | - | - | 62,942 | - | 50,218 |
| **Total Payroll** | 582,883 | | 583,282 | - | 583,282 | - | 508,192 | - | 413,290 | - | - | 377,654 | - | 301,307 |

**First Magnus Financial Corp.**
**26 Week Budget**
**Payroll - Subject to Change**

| | 13 Week End 11/16/07 | 14 Week End 11/23/07 | 15 Week End 11/30/07 | 16 Week End 12/07/07 | 17 Week End 12/14/07 | 18 Week End 12/21/07 | 19 Week End 11/28/07 | 20 Week End 01/04/08 | 21 Week End 01/11/08 | 22 Week End 01/18/08 | 23 Week End 01/25/08 | 24 Week End 02/01/08 | 25 Week End 02/08/08 | 26 Week End 02/15/08 | Six Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Executive** | | | | | | | | | | | | | | | |
| CEO | - | 8,333 | 8,333 | 8,333 | - | 8,333 | - | - | 8,333 | - | 8,333 | - | 8,333 | - | 100,000 |
| COO | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 50,000 |
| CFO | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 50,000 |
| CIO | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 25,000 |
| Sr. VP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 25,000 |
| Headcount = | - | 8,333 | 8,333 | 8,333 | - | 8,333 | - | - | 8,333 | - | 8,333 | - | 8,333 | - | 250,000 |
| | | | | | | | | | | | | | | | |
| **Legal** | | | | | | | | | | | | | | | |
| In House Attorney | - | 7,500 | 7,500 | 7,500 | - | 7,500 | - | - | 7,500 | - | 7,500 | - | 7,500 | - | 90,000 |
| In House Attorney | - | 6,000 | 6,000 | 6,000 | - | 6,000 | - | - | 6,000 | - | 6,000 | - | 6,000 | - | 72,000 |
| In House Attorney | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 30,000 |
| In House Attorney | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 15,200 |
| In House Attorney | - | 6,000 | - | 6,000 | - | - | - | - | - | - | - | - | - | - | 48,000 |
| In House Attorney | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 21,460 |
| In House Attorney | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 22,500 |
| In House Attorney | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 27,085 |
| In House Attorney | - | 5,000 | - | 5,000 | - | - | - | - | - | - | - | - | - | - | 40,000 |
| In House Attorney | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 16,665 |
| Legal Staff | - | 2,028 | - | 2,028 | - | - | - | - | - | - | - | - | - | - | 16,224 |
| Legal Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 9,450 |
| Legal Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4,000 |
| Legal Staff | - | 1,334 | 1,334 | 1,334 | - | 1,334 | - | - | 1,334 | - | 1,334 | - | 1,334 | - | 16,008 |
| Legal Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,000 |
| Legal Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 11,200 |
| Headcount = | - | 27,862 | - | 27,862 | - | 14,834 | - | - | 14,834 | - | 14,834 | - | 14,834 | - | 442,792 |
| | | | | | | | | | | | | | | | |
| **Compliance** | | | | | | | | | | | | | | | |
| Legal compliance | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,792 |
| Legal compliance | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4,166 |
| Headcount = | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 11,958 |
| | | | | | | | | | | | | | | | |
| **Facilities** | | | | | | | | | | | | | | | |
| Manager | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 8,250 |
| Staff | - | 2,380 | - | 2,380 | - | - | - | - | - | - | - | - | - | - | 19,040 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,004 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,414 |
| Headcount = | - | 2,380 | - | 2,380 | - | - | - | - | - | - | - | - | - | - | 33,708 |
| | | | | | | | | | | | | | | | |
| **Aviation** | | | | | | | | | | | | | | | |
| Flight Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 9,188 |
| Flight Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,438 |
| Flight Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,438 |
| Flight Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 19,790 |
| Flight Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 5,000 |
| Headcount = | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 48,854 |
| | | | | | | | | | | | | | | | |
| **Human Resources** | | | | | | | | | | | | | | | |
| Staff | - | 2,292 | 2,292 | 2,292 | - | 2,292 | - | - | 2,292 | - | 2,292 | - | 2,292 | - | 27,504 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,220 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4,226 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,574 |
| Staff | - | 4,084 | - | 4,084 | - | - | - | - | - | - | - | - | - | - | 32,672 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 11,670 |
| Staff | - | 1,456 | - | 1,456 | - | - | - | - | - | - | - | - | - | - | 3,878 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 11,648 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,088 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,132 |

5

First Magnus Financial Corp.
26 Week Budget
Payroll - Subject to Change

| | 13 Week End 11/16/07 | 14 Week End 11/23/07 | 15 Week End 11/30/07 | 16 Week End 12/07/07 | 17 Week End 12/14/07 | 18 Week End 12/21/07 | 19 Week End 12/28/07 | 20 Week End 01/04/08 | 21 Week End 01/11/08 | 22 Week End 01/18/08 | 23 Week End 01/25/08 | 24 Week End 02/01/08 | 25 Week End 02/08/08 | 26 Week End 02/15/08 | Six Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Staff | | | | | | | | | | | | | | | 3,312 |
| Staff | | | | | | | | | | | | | | | 3,984 |
| Headcount = | | 2,292 | | 7,832 | | 2,292 | | | 2,292 | | 2,292 | | 2,292 | | 111,728 |
| **IT – Development** | | | | | | | | | | | | | | | |
| Analysis | | 3,250 | | 3,250 | | 3,250 | | | 3,250 | | 3,250 | | 3,250 | | 39,000 |
| Analysis | | 1,917 | | 1,917 | | 1,917 | | | 1,917 | | 1,917 | | 1,917 | | 23,004 |
| Analysis | | | | | | | | | | | | | | | 7,832 |
| Analysis | | | | | | | | | | | | | | | 13,500 |
| Analysis | | | | | | | | | | | | | | | 3,334 |
| Analysis | | | | | | | | | | | | | | | 4,250 |
| Data Collection | | 3,125 | | 3,125 | | 3,125 | | | 3,125 | | 3,125 | | 3,125 | | 37,500 |
| Data Collection | | | | | | | | | | | | | | | 22,248 |
| Data Collection | | | | | | | | | | | | | | | 11,840 |
| Data Collection | | | | | | | | | | | | | | | 5,840 |
| System Upkeep | | | | | | | | | | | | | | | 13,752 |
| System Upkeep | | | | | | | | | | | | | | | 13,002 |
| Design Packaging | | | | | | | | | | | | | | | 4,168 |
| Design Packaging | | | | | | | | | | | | | | | 3,750 |
| Headcount = | | 8,292 | | 8,292 | | 8,292 | | | 8,292 | | 8,292 | | 8,292 | | 203,020 |
| **IT – Operations** | | | | | | | | | | | | | | | |
| Systems, Servers and Storage | | | | | | | | | | | | | | | 25,998 |
| Systems, Servers and Storage | | | | | | | | | | | | | | | 15,000 |
| Systems, Servers and Storage | | | | | | | | | | | | | | | 4,750 |
| Systems, Servers and Storage | | | | | | | | | | | | | | | 3,752 |
| Network Stability | | | | | | | | | | | | | | | 25,500 |
| Network Stability | | | | | | | | | | | | | | | 17,000 |
| Network Stability | | | | | | | | | | | | | | | 6,032 |
| Network Stability | | | | | | | | | | | | | | | 6,592 |
| Network Stability | | | | | | | | | | | | | | | 10,278 |
| Telephony | | | | | | | | | | | | | | | 4,292 |
| Telephony | | | | | | | | | | | | | | | 2,980 |
| Infrastructure | | | | | | | | | | | | | | | 24,000 |
| Infrastructure | | | | | | | | | | | | | | | 9,664 |
| Infrastructure | | | | | | | | | | | | | | | 18,000 |
| Infrastructure | | | | | | | | | | | | | | | 19,956 |
| Infrastructure | | | | | | | | | | | | | | | 11,550 |
| Infrastructure | | | | | | | | | | | | | | | 10,818 |
| Infrastructure | | | | | | | | | | | | | | | 6,032 |
| Infrastructure | | | | | | | | | | | | | | | 5,712 |
| Infrastructure | | | | | | | | | | | | | | | 17,502 |
| Infrastructure | | | | | | | | | | | | | | | 9,332 |
| Infrastructure | | | | | | | | | | | | | | | 13,752 |
| Management | | 6,500 | | 6,500 | | | | | | | | | | | 12,252 |
| Management | | 5,625 | | 5,625 | | | | | | | | | | | 52,000 |
| Management | | 6,250 | | 6,250 | | | | | | | | | | | 45,000 |
| Management | | 4,375 | | 4,375 | | | | | | | | | | | 50,000 |
| Management | | | | | | | | | | | | | | | 35,000 |
| Management | | | | | | | | | | | | | | | 10,500 |
| Total IT | | 22,750 | | 22,750 | | | | | | | | | | | 467,212 |
| **Secondary Markets** | | | | | | | | | | | | | | | |
| Department Manager | | 9,168 | | 9,168 | | 9,168 | | | 9,168 | | 9,168 | | 9,168 | | 110,016 |
| Traders | | 2,500 | | 2,500 | | 2,500 | | | 2,500 | | 2,500 | | 2,500 | | 30,000 |
| Traders | | 2,000 | | 2,000 | | 2,000 | | | 2,000 | | 2,000 | | 2,000 | | 24,000 |
| Headcount = | | 13,668 | | 13,668 | | 13,668 | | | 13,668 | | 13,668 | | 13,668 | | 164,016 |
| **Closing Shipping** | | | | | | | | | | | | | | | |
| SVP Collateral | | 4,375 | | 4,375 | | 4,375 | | | 4,375 | | 4,375 | | 4,375 | | 52,500 |

# First Magnus Financial Corp.
## 26 Week Budget
### Payroll - Subject to Change

| | 13 Week End 11/16/07 | 14 Week End 11/23/07 | 15 Week End 11/30/07 | 16 Week End 12/07/07 | 17 Week End 12/14/07 | 18 Week End 12/21/07 | 19 Week End 12/28/07 | 20 Week End 01/04/08 | 21 Week End 01/11/08 | 22 Week End 01/18/08 | 23 Week End 01/25/08 | 24 Week End 02/01/08 | 25 Week End 02/08/08 | 26 Week End 02/15/08 | Six Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Post Closing | - | 2,850 | - | 2,850 | - | 2,850 | - | - | 2,850 | - | 2,850 | - | 2,850 | - | 34,200 |
| Post Closing | - | 1,880 | - | 1,880 | - | 1,880 | - | - | 1,880 | - | 1,880 | - | 1,880 | - | 22,560 |
| Post Closing | - | 1,797 | - | 1,797 | - | 1,797 | - | - | 1,797 | - | 1,797 | - | 1,797 | - | 21,564 |
| Post Closing | - | 1,638 | - | 1,638 | - | 1,638 | - | - | 1,638 | - | 1,638 | - | 1,638 | - | 19,656 |
| Shipping Manager | - | 3,550 | - | 3,550 | - | 3,550 | - | - | 3,550 | - | 3,550 | - | 3,550 | - | 42,600 |
| Staff | - | 2,333 | - | 2,333 | - | 2,333 | - | - | 2,333 | - | 2,333 | - | 2,333 | - | 27,996 |
| File Review | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 9,168 |
| Utility | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,512 |
| Utility | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 6,775 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,155 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 6,219 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,638 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 8,235 |
| Shipper | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 10,075 |
| File Review | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 6,249 |
| Utility | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4,500 |
| Utility | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4,791 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 5,931 |
| EDI Shipping | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 9,876 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4,536 |
| **Headcount =** | - | 18,423 | 18,423 | 18,423 | 18,423 | 18,423 | 18,423 | - | 18,423 | 18,423 | 18,423 | 18,423 | 18,423 | - | 319,736 |

### Risk Mgmt, Underwriting, CS

| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | Six Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SVP Risk Mgmt | - | 6,250 | - | 6,250 | - | 6,250 | - | - | 6,250 | - | 6,250 | - | 6,250 | - | 75,000 |
| Asset Management | - | 3,417 | - | 3,417 | - | 3,417 | - | - | 3,417 | - | 3,417 | - | 3,417 | - | 41,004 |
| Risk - Fraud - Per Joel | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 18,090 |
| Risk - Fraud - Per Joel | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 11,250 |
| Customer Service | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,265 |
| Risk - Multi Use | - | 2,667 | - | 2,667 | - | 2,667 | - | - | 2,667 | - | 2,667 | - | 2,667 | - | 21,835 |
| Risk - Multi Use | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 32,004 |
| Risk - Multi Use - Per Joel | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 18,505 |
| Risk - Multi Use | - | 3,500 | - | 3,500 | - | - | - | - | - | - | - | - | - | - | 28,000 |
| FHA Insuring | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 5,124 |
| VA Guarantee | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4,464 |
| Risk - Multi Use | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 22,915 |
| Utility | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,200 |
| Risk - Multi Use - Per Joel | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 12,275 |
| Collections Manager/Cust. Serv | - | 2,083 | - | - | - | - | - | - | - | - | - | - | - | - | 14,583 |
| Loan Reconciliation | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 15,000 |
| Utility | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,200 |
| Purchase Clearing | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 5,625 |
| Notes/Purchase Clearing | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 12,500 |
| Utility | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4,000 |
| Scanning Manager | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 8,645 |
| **Headcount =** | - | 17,917 | - | 15,834 | - | 12,334 | - | - | 12,334 | - | 12,334 | - | 12,334 | - | 364,484 |

### Broker/Consumer Hotline

| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | Six Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Manager | - | 4,750 | - | - | - | - | - | - | - | - | - | - | - | - | 33,250 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 6,975 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 5,250 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,300 |
| Staff | - | 8,500 | - | - | - | - | - | - | - | - | - | - | - | - | 59,500 |
| **Headcount =** | - | 13,250 | - | - | - | - | - | - | - | - | - | - | - | - | 108,275 |

### Special Projects

| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | Six Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 24,500 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 28,000 |
| Staff | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 35,000 |

7

First Magnus Financial Corp.
26 Week Budget
Payroll - Subject to Change

| | 13 Week End 11/16/07 | 14 Week End 11/23/07 | 15 Week End 11/30/07 | 16 Week End 12/07/07 | 17 Week End 12/14/07 | 18 Week End 12/21/07 | 19 Week End 12/28/07 | 20 Week End 01/04/08 | 21 Week End 01/11/08 | 22 Week End 01/18/08 | 23 Week End 01/25/08 | 24 Week End 02/01/08 | 25 Week End 02/08/08 | 26 Week End 02/15/08 | Six Month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Staff** | - | 6,250 | - | - | - | - | - | - | - | - | - | - | - | - | 43,750 |
| Headcount = | - | 18,750 | | | | | | | | | | | | | 131,250 |
| | | | | | | | | | | | | | | | |
| **Accounting** | | | | | | | | | | | | | | | |
| Sr. Financial Analyst | - | 5,834 | - | 5,834 | - | 5,834 | - | - | 5,834 | - | 5,834 | - | 5,834 | - | 70,008 |
| Controller | - | 6,750 | - | 6,750 | - | 6,750 | - | - | 6,750 | - | 6,750 | - | 6,750 | - | 81,000 |
| Process Director | - | 4,500 | - | 4,500 | - | 4,500 | - | - | 4,500 | - | 4,500 | - | 4,500 | - | 54,000 |
| Assistant Controller | - | 2,729 | - | 2,729 | - | 2,729 | - | - | 2,729 | - | 2,729 | - | 2,729 | - | 32,748 |
| Accounting Staff | - | 1,417 | - | 1,417 | - | 1,417 | - | - | 1,417 | - | 1,417 | - | 1,417 | - | 17,004 |
| Accounting Staff | - | 2,333 | - | 2,333 | - | 2,333 | - | - | 2,333 | - | 2,333 | - | 2,333 | - | 27,996 |
| Accounting Staff | - | 1,438 | - | 1,438 | - | 1,438 | - | - | 1,438 | - | 1,438 | - | 1,438 | - | 17,256 |
| Accounting Staff | - | 1,056 | - | 1,056 | - | 1,056 | - | - | 1,056 | - | 1,056 | - | 1,056 | - | 12,672 |
| Headcount = | - | 26,057 | - | 26,057 | - | 26,057 | - | - | 26,057 | - | 26,057 | - | 26,057 | - | 312,684 |
| | | | | | | | | | | | | | | | |
| **Field Staff** | | | | | | | | | | | | | | | |
| Field Staff 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,500 |
| Field Staff 2 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,500 |
| Field Staff 3 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,500 |
| Field Staff 4 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,500 |
| Field Staff 5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,500 |
| Field Staff 6 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,500 |
| Field Staff 7 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,500 |
| Field Staff 8 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,500 |
| Field Staff 9 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,500 |
| Field Staff 10 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,500 |
| Field Staff 11 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,500 |
| Field Staff 12 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,500 |
| Headcount = | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 90,000 |
| | | | | | | | | | | | | | | | |
| Total Headcount = | - | | - | | - | | - | - | | - | | - | | - | |
| Total Payroll - Salary | - | 185,515 | - | 151,431 | - | 104,233 | - | - | 104,233 | - | 104,233 | - | 104,233 | - | 3,059,717 |
| Payroll Taxes and Benefits | - | 37,103 | - | 30,286 | - | 20,847 | - | - | 20,847 | - | 20,847 | - | 20,847 | - | 611,943 |
| Total Payroll | - | 222,618 | - | 181,718 | - | 125,080 | - | - | 125,080 | - | 125,080 | - | 125,080 | - | 3,671,661 |

8