**GREENBERG TRAURIG, LLP**
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Ph: (602) 445-8000
Fax: (602) 445-8100
John R. Clemency (email: clemencyj@gtlaw.com) – SBN 009646
Todd A. Burgess (email: burgesst@gtlaw.com) - SBN 019013
Tajudeen O. Oladiran (email: oladirant@gtlaw.com) -SBN 021265

**GREENBERG TRAURIG, P.A.**
1221 Brickell Avenue
Miami, Florida 33131
Ph: (305) 579-0500
Fax: (305) 579-0717
James P.S. Leshaw (email: leshawj@gtlaw.com) – FL Bar No. 917745
Daniel Gold (email: goldd@gtlaw.com) – FL Bar No. 0761281

Proposed Attorneys for First Magnus Financial Corporation

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>FIRST MAGNUS FINANCIAL CORPORATION,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>NO. 4-07-bk-01578-JMM<br><br>**APPLICATION FOR AN ORDER UNDER 11 U.S.C. § 327(A) AUTHORIZING THE RETENTION AND EMPLOYMENT OF GREENBERG TRAURIG, LLP AS GENERAL COUNSEL TO FIRST MAGNUS FINANCIAL CORPORATION**<br><br><u>Hearing</u><br><br>Date: TBA<br>Time: TBA |

First Magnus Financial Corporation ("First Magnus Financial"), the debtor in the above-captioned Chapter 11 bankruptcy case, moves this Court for entry of an Order authorizing First Magnus Financial to retain Greenberg Traurig, LLP as its general restructuring counsel in the

above-captioned case (the "Application"), pursuant to Section 327(a) of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure 2014(a) and 2016(a) (the "Bankruptcy Rules"). In support of this Application, First Magnus Financial represents as follows:

## I. JURISDICTION

1. This court has jurisdiction over this case and this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A). Venue is proper in this district pursuant to 28 U.S.C. § 1409(a).

## II. BACKGROUND

### A. Procedural History

2. On the date hereof (the "Petition Date"), First Magnus Financial filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3. No trustee or examiner has been sought or appointed in this case. To date, no Official Committee of Unsecured Creditors has been appointed by the United States Trustee.

4. First Magnus Financial is requesting various types of relief in "first day" motions filed with the Court.

### B. First Magnus Financial's Business Operations

5. First Magnus Financial is headquartered in Tucson, Arizona. Until First Magnus Financial was forced to discontinue operations, it was engaged in the business of originating, purchasing and selling primarily prime and Alt-A mortgage loans secured by one-to-four unit residences. First Magnus Financial did very little sub-prime mortgage lending. Since inception in October 1996 with twelve employees, First Magnus Financial has grown to become one of the

nation's largest privately held mortgage companies[1] through the recruitment of both strong loan originators and wholesale representatives while building a best-in-class processing platform. At the end of 2006, the audited financial statements for First Magnus Financial reflected assets of approximately $1,106,690,011 and shareholder equity of approximately $121,886,617. As of 2007, First Magnus Financial had grown to over 5,500 employees, with a total of 335 branches, comprised of 277 retail and 58 wholesale locations in all 50 states.

### III. RETENTION OF GREENBERG TRAURIG, LLP

6. First Magnus Financial desires to retain and employ Greenberg Traurig, LLP ("Greenberg Traurig") as its general restructuring counsel in this Chapter 11 case. By way of this Application, First Magnus Financial respectfully requests that this Court enter an order authorizing First Magnus Financial to employ and retain Greenberg Traurig as its general restructuring counsel pursuant to Section 327(a) of the Bankruptcy Code.

7. Greenberg Traurig is well suited for the type of representation required by First Magnus Financial. Greenberg Traurig is a large national firm with over 1,700 attorneys and 29 offices throughout the country. The members of the firm practice in almost every practice area, including bankruptcy, workouts, secured transactions, litigation, business and commercial law, real estate, capital markets, financial industry regulation, and securities law. Accordingly, First Magnus Financial has determined that Greenberg Traurig has the resources and experience necessary to represent it in this case.

(i) _____

---

[1] Ameriquest Mortgage Company is the only privately held mortgage company that funded more loan volume than First Magnus Financial in 2006. However, Ameriquest operates primarily in the sub-prime market and recently filed its own Chapter 11 bankruptcy case.

-3-

PHX 327922876v2

Case 4:07-bk-01578-JMM    Doc 11    Filed 08/21/07    Entered 08/21/07 14:23:56    Desc
Main Document    Page 3 of 15

8. Greenberg Traurig is intimately familiar with First Magnus Financial's operations and intentions for conclusion of this case. Thus, First Magnus Financial desires that Greenberg Traurig represent it in connection with this Chapter 11 case. First Magnus Financial believes that Greenberg Traurig's employment is in the best interest of First Magnus Financial, its estate, and its creditors.

## IV. SCOPE OF EMPLOYMENT

9. The professional services that First Magnus Financial expects Greenberg Traurig to render include, but shall not be limited to, the following:

(a) to provide legal advice with respect to First Magnus Financial's powers and duties as a debtor-in-possession in the management of its assets;

(b) to prepare on behalf of First Magnus Financial necessary applications, motions, answers, orders, reports, and other legal papers, including a disclosure statement and plan of reorganization;

(c) to appear in Court and to protect the interests of First Magnus Financial before the Court;

(d) to assist with any disposition of First Magnus Financial's assets by sale or otherwise; and

(e) to perform all other legal services for First Magnus Financial which may be necessary and proper in these proceedings.

## V. COMPENSATION

10. Section 327(a) of the Bankruptcy Code authorizes the employment of a professional person on any reasonable terms and conditions of employment, including on an hourly basis. 11 U.S.C. § 327(a). First Magnus Financial likely will require Greenberg Traurig to render extensive legal services, the cost of which cannot be estimated at the moment. Subject to this Court's approval and in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the rules of and other procedures that may be

-4-

PHX 327922876v2
Case 4:07-bk-01578-JMM    Doc 11    Filed 08/21/07    Entered 08/21/07 14:23:56    Desc
Main Document    Page 4 of 15

fixed by this Court, First Magnus Financial requests that Greenberg Traurig be compensated on an hourly basis, plus reimbursement of the actual and necessary expenses Greenberg Traurig incurs in accordance with the ordinary and customary rates which are in effect on the date the services are rendered, including, but not limited to, any costs advanced by the firm specifically for this matter at the rates commonly charged for such costs to other Greenberg Traurig clients.

11. Greenberg Traurig has advised First Magnus Financial that the current minimum hourly rates applicable to the attorneys and paralegals who are anticipated to have primary responsibility for this representation are:

(a) John R. Clemency         $475 per hour

(b) James P.S. Leshaw        $610 per hour

(c) Todd A. Burgess          $350 per hour

(d) Tajudeen O. Oladiran     $300 per hour

(e) Daniel Gold              $295 per hour

(f) Celi S. Aguilar          $205 per hour

(g) Susan C. Vasquez         $175 per hour

Other attorneys and paralegals may render services to First Magnus Financial as needed. Generally, Greenberg Traurig's hourly rates are in the following ranges:

| Title | Rate per Hour |
| --- | --- |
| Shareholders | $300 - $900 |
| Associates | $150 - $490 |
| Legal Assistants | $ 50 - $260 |

First Magnus Financial understands that the hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Other than as set forth above, there is no

-5-

proposed arrangement to compensate Greenberg Traurig. No promises have been received by Greenberg Traurig nor by any shareholder, counsel, or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. Greenberg Traurig has no agreement with any other entity, other than with the shareholders, counsel, and associates of Greenberg Traurig.

12. Consistent with the firm's policy with respect to its other clients, Greenberg Traurig will continue to charge First Magnus Financial for all other services provided and for other charges and disbursements incurred in the rendition of services. These charges and disbursements include, among other things, costs for telephone charges, photocopying, travel, business meals, computerized research, messengers, couriers, postage, witness fees, and other fees related to trials and hearings.

13. Greenberg Traurig intends to apply to the Court for allowance of compensation for professional services rendered and reimbursement of charges and disbursements incurred in this Chapter 11 case in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules for the District of Arizona and the orders of this Court. Greenberg Traurig will seek compensation for the services of each attorney and para-professional acting on behalf of First Magnus Financial in this case at the then-current rate charged for such services on a non-bankruptcy matter. The current, standard hourly rates for Greenberg Traurig professionals and para-professionals are set forth above and in the *Affidavit of John R. Clemency in Support of Application for Retention of Greenberg Traurig, LLP as General Counsel to First Magnus Financial Corporation* (the "Clemency Affidavit") filed contemporaneously herewith.

14. Greenberg Traurig has agreed to accept as compensation such sums as may be allowed by the Court on the basis of (i) the professional time spent; (ii) the rates charged for such services; (iii) the necessity of such services to the administration of the estate; (iv) the reasonableness of the time within which the services were performed in relation to the results achieved; and (v) the complexity, importance, and nature of the problems, issues or tasks addressed in this case.

15. Other than as set forth above, no arrangement is proposed between First Magnus Financial and Greenberg Traurig for compensation to be paid in this case.

## VI. RETAINER AND PREPETITION PAYMENTS

16. In accordance with Greenberg Traurig's engagement by First Magnus Financial before the Petition Date, Greenberg Traurig will provide legal services to First Magnus Financial in connection with this Chapter 11 proceeding. In accordance with that engagement, Greenberg Traurig requested and received prior to the Petition Date a retainer in the amount of $400,000 (the "Retainer"). A portion of the Retainer has been used to satisfy prepetition services rendered by Greenberg Traurig to First Magnus Financial. Greenberg Traurig will hold the Retainer in trust during the pendency of this Chapter 11 case, provided that the estate pays all fees and reimburses all expenses incurred once approved for payment by an Order of this Court.

17. Aside from the Retainer, Greenberg Traurig has received $150,000.00 on account of its prepetition restructuring services to First Magnus Financial.

## VII. GREENBERG TRAURIG DOES NOT HOLD OR REPRESENT ANY ADVERSE INTEREST

18. As more fully described in the Clemency Affidavit, Greenberg Traurig maintains a computer conflict database containing the names of all of Greenberg Traurig's current and former

-7-

clients and, where practical, the known affiliates of those clients and has made every effort to conduct a comprehensive conflict analysis. Greenberg Traurig is in the process of completing that analysis, and will supplement the Clemency Affidavit with additional disclosures to the extent necessary.

19. To the best of First Magnus Financial's knowledge, except as disclosed in the Clemency Affidavit, Greenberg Traurig does not hold or represent any interest adverse to First Magnus Financial, its estate, its creditors, or any other party with an actual or potential conflict in this Chapter 11 case. Periodically, Greenberg Traurig may have represented certain creditors of First Magnus Financial's estate in matters unrelated to First Magnus Financial or this Chapter 11 case. Further, Greenberg Traurig is a large firm with a large national practice and may represent or may have represented certain of First Magnus Financial's creditors or equityholders (which creditors or equity holders are currently unknown to Greenberg Traurig) in matters unrelated to this case. In the event that any conflicts arise in this case as they move forward through the bankruptcy process, First Magnus Financial anticipates that, as may be necessary, they would seek this Court's approval to retain special counsel to address those matters under Section 327(e) of the Bankruptcy Code.

20. As disclosed in the Clemency Affidavit, Greenberg Traurig has in the past represented, currently represents, or has connections with certain persons and entities, including certain secured creditors, in matters unrelated to this Chapter 11 case within the scope of Federal Rule of Bankruptcy 2104(a).

21. Except as set forth above and in the Clemency Affidavit, to the best of First Magnus Financial's knowledge, neither Greenberg Traurig nor its shareholders or associates, have any connections with First Magnus Financial, its creditors, any other parties in interest, any

-8-

PHX 327922876v2
Case 4:07-bk-01578-JMM    Doc 11    Filed 08/21/07    Entered 08/21/07 14:23:56    Desc
Main Document    Page 8 of 15

of the professionals to be retained in this case, the United States Trustee or any person employed in the Office of the United States Trustee.

## VIII. CONCLUSION

WHEREFORE, First Magnus Financial respectfully requests that the Court enter the attached order (a) granting this Application; (b) authorizing First Magnus Financial to retain and employ Greenberg Traurig as its general restructuring counsel in this Chapter 11 case pursuant to section 327(a) of the Bankruptcy Code; and (c) granting such other and further relief as this Court may deem just and proper.

Dated: August 21, 2007.

FIRST MAGNUS FINANCIAL CORPORATION

By: Gurpreet S[illegible]
Its: President, Chief Executive Officer, and Director

PREPARED BY:

GREENBERG TRAURIG, LLP

John R. Clemency, SBN 009646
Todd A. Burgess, SBN 019013
Tajudeen O. Oladiran, SBN 021265
James P.S. Leshaw, FL Bar No. 917745
Daniel Gold, FL Bar No. 0761281

-9-

PHX 327922876v2

Case 4:07-bk-01578-JMM    Doc 11    Filed 08/21/07    Entered 08/21/07 14:23:56    Desc
Main Document    Page 9 of 15

COPIES of the foregoing were served
this 21st day of August, 2007, on all parties
on the attached Service List via first-class,
U.S. Mail, postage prepaid, unless otherwise
indicated thereon

/s/ Dane N. [signature]
_____

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

-10-

PHX 327922876v2

CHASE EQUIPMENT LEASING
1111 POLARIS PARKWAY STE A3
COLUMBUS OH 43240

JP MORGAN CHASE
PO BOX 974675
DALLAS TX 75397

THOMAS W SULLIVAN SR REVOCABLE TRUST
603 N WILMOT
TUCSON AZ 85711

MGIC
MGIC GUARA PO BOX 488
MILWAUKEE WI 53201-0488

UBS WARBURG
1285 AVENUE OF THE AMERICAS
11TH FLOOR
NEW YORK NY 100119

WASHINGTON MUTUAL BANK
555 DIVEND DRIVE
SUITE 150
COPPELL TX 75019

MERRILL LYNCH CONSTRUCTION LINE
2 WORLD FINANCIAL CENTER
5TH FLOOR
NEW YORK NY 10281

COUNTRY WIDE WAREHOUSE LENDING
8511 FALLBROOK AVENUE
WEST HILLS CA 91304

NATIONAL BANK OF AZ LOC
335 N WILMOT
TUCSON AZ 85711

WNS NORTH AMERICA INC
420 LEXINGTON AVENUE
SUITE 2515
NEW YORK NY 10170

PYRO
8750 N CENTRAL EXPRESSWAY
SUITE 1050
DALLAS TX 75231

FANNIE MAE
6000 FELDWOOD DRIVE
COLLEGE PARK GA 30349

CORELOGIC
1036 OLD PLACERVILLE ROAD
SUITE 100
SACRAMENTO CA 95287

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096

HILTON & MEYERS
3350 N COUNTRY CLUB
TUCSON AZ 85716

TIME WARNER
PO BOX 172567
DENVER CO 80217

GAPPCO
8575 HAVEN AVE
SUITE 210
RANCHO CUCAMONGA CA 91730

MGIC
250 E KILBORN AVE
MILWAUKEE WI 53202

PRINCIPAL LIFE
DEPT 400
PO BOX 14416
DES MOINES IA 50306

FEDERAL EXPRESS
PO BOX 660481
DALLAS TX 75266

PHX 3279240061v1 8/20/2007

NEVADA DEPT OF BUSINESS & INDUSTRY
DIVISION OF MORTGAGE LENDING
400 W KING ST STE 101
CARSON CITY NV 89703

NEW HAMPSHIRE BANKING DEPT
64B OLD SUNCOOK ROAD
CONCORD NH 03301

NEW JERSEY DEPT OF BANKING
LICENSING SERVICES BUREAU
20 W STATE ST 8TH FLOOR
TRENTON NJ 08608

NEW MEXICO FINANCIAL INSTITUTIONS DIV
2550 CERRILLOS ROAD
3RD FLOOR
SANTA FE NM 87505

NEW YORK BANKING DEPT
ONE STATE STREET
3RD FLOOR
NEW YORK NY 10004

N CAROLINA COMMISSIONER OF BANKS
MORTGAGE LICENSING SECTION
4309 MAIL SERVICE CENTER
RALEIGH NC 27699

N DAKOTA DEPT OF FINANCIAL INSTITUTIONS
2000 SCHAFER ST
SUITE G
BISMARCK ND 58501

OHIO DEPT OF COMMERCE
DIVISION OF FINANCIAL INSTITUTIONS
77 S HIGH ST 21ST FLOOR
COLUMBUS OH 43215

OKLAHOMA DEPT OF CONSUMER CREDIT
4545 N LINCOLN BLVD
SUITE 104
OKLAHOMA CITY OK 73105

OREGON DEPT OF CONSUMER & BUSINESS SERV
350 WINTER STREET NE
ROOM 410
SALEM OR 97301

PENNSYLVANIA DEPT OF BANKING
MARKET SQUARE PLAZA
17 N SECOND ST STE 1300
HARRISBURG PA 17101

RHODE ISLAND DEPT OF BUSINESS REGULATION
DIVISION OF BANKING
233 RICHMOND ST STE 231
PROVIDENCE RI 02903

S CAROLINA DEPT OF CONSUMER AFFAIRS
3600 FOREST DRIVE
3RD FLOOR
COLUMBIA SC 29250

S DAKOTA DIVISION OF BANKING
217 ½ WEST MISSOURI AVENUE
PIERRE SD 57501

TENNESSEE DEPT OF FINANCIAL INSTITUTIONS
COMPLIANCE DIVISION
511 UNION STREET STE 400
NASHVILLE TN 37219

TEXAS OFFICE OF CONSUMER CREDIT COMMISSION
REGULATED LOAN LICENSING
2601 N LAMAR BLVD
AUSTIN TX 78705

UTAH DIVISION OF REAL ESTATE
160 EAST 300 SOUTH
P O BOX 146711
SALT LAKE CITY UT 84114

VERMONT DEPT OF BANKING
BANKING DIVISION
89 MAIN STREET DRAWER 20
MONTPELIER VT 05620

FLORIDA OFFICE OF FINANCIAL REGULATION
200 E GAINES STREET
TALLAHASSEE FL 32399

GEORGIA DEPT OF BANKING AND FINANCE
2990 BRANDYWINE ROAD
SUITE 200
ATLANTA GA 30341

HAWAII DIV OF FINANCIAL INSTITUTIONS
KING KALAKAUA BLDG
335 MERCHANT STREET RM 221
HONOLULU HI 96813

IDAHO DEPT OF FINANCE
800 PARK BLVD
SUITE 200
BOISE ID 83712

ILLINOIS DEPT OF FINANCIAL AND
PROFESSIONAL REGULATION
500 EAST MONROE
SPRINGFIELD IL 62701

INDIANA DEPT OF FINANCIAL INSTITUTIONS
30 S MERIDAN STREET
SUITE 300
INDIANAPOLIS IN 46204

IOWA DIVISION OF BANKING
200 E GRAND AVENUE
SUITE 300
DES MOINES IA 50309

KANSAS OFFICE OF STATE BANK COMMISSIONER
700 JACKSON
SUITE 300
TOPEKA KS 66603

KENTUCKY OFFICE OF FINANCIAL INSTITUTIONS
1025 CAPITAL CENTER DRIVE
SUITE 200
FRANKFORT KY 40601

LOUISIANA MORTGAGE LICENSING DIV
8660 UNITED PLAZA BLVD
SECOND FLOOR
BATON ROUGE LA 70809

MAINE DEPT OF PROFESSIONAL & FINANCIAL REG
OFFICE OF CONSUMER CREDIT REG
122 NORTHERN AVENUE
GARDINER ME 04345

MARYLAND DEPT OF LICENSING
COMMISSIONER OF FINANCIAL REGULATION
500 N CALVERT ST SUITE 402
BALTIMORE MD 21202

MASSACHUSETTS DIVISION OF BANKS
ONE SOUTH STATE
3RD FLOOR
BOSTON MA 02110

MICHIGAN CONSUMER FINANCE UNIT
611 W OTTAWA STREET
3RD FLOOR
LANSING MI 48933

MINNESOTA DEPT OF COMMERCE
85 7TH PLACE EAST
SUITE 500
ST PAUL MN 55101

MISSISSIPPI DEPT OF BANKING
901 WOOLFOLK BLDG STE A
501 N WEST STREET
JACKSON MS 39201

MONTANA DIV OF BANKING
301 SOUTH PARK
SUITE 316
HELENA MT 59601

NEBRASKA DEPT OF BANKING & FINANCE
1230 O STREET
SUITE 400
LINCOLN NE 68508

PHX 3279240061v1 8/20/2007

| | |
|---|---|
| ATT<br>PO BOX 78045<br>PHOENIX AZ 85045 | OFFICE OF THE US TRUSTEE<br>230 N 1ST AVENUE<br>SUITE 204<br>PHOENIX AZ 85003 |
| OFFICEMAX<br>440 NORTH 51ST AVENUE<br>PHOENIX AZ 85043 | ALABAMA STATE BANKING DEPT<br>401 ADAMS AVENUE<br>SUITE 680<br>MONTGOMERY AL 36104 |
| DUCK SOUP PRODUCTION<br>3350 N COUNTRY CLUB<br>TUCSON AZ 85716 | ALASKA MORTGAGE LICENSING DIV<br>333 W WILLOUGHBY AVENUE<br>9TH FLOOR<br>JUNEAU AK 99811 |
| QWEST COMMUNICATIONS<br>PO BOX 856169<br>LOUISVILLE KY 40285-6169 | ARKANSAS SECURITIES DEPT<br>HERITAGE WEST BLDG SUITE 300<br>201 EAST MARKHAM STREET<br>LITTLE ROCK AR 72201 |
| TUCSON ELECTRIC CO<br>PO BOX 711<br>TUCSON AZ 85702-0711 | CALIFORNIA DEPT OF CORPORATION<br>320 WEST 4TH STREET<br>SUITE 750<br>LOS ANGELES CA 90013 |
| CITY OF TUCSON -WATER<br>310 WEST ALAMEDA<br>TUCSON AZ 85701 | COLORADO UNIFORM CONSUMER CREDIT CODE<br>1525 SHERMAN STREET<br>5TH FLOOR<br>DENVER CO 80203 |
| ARIZONA DEPT OF FINANCIAL INSTITUTIONS<br>2910 N 44TH STREET<br>SUITE 310<br>PHOENIX AZ 85018 | CONNECTICUT DEPT OF BANKING<br>260 CONSTITUTION PLAZA<br>HARTFORD CT 06103 |
| FIRST MAGNUS CAPITAL INC<br>603 N WILMOT<br>TUCSON AZ 85711 | DELAWARE OFFICE OF STATE BANKING COMM<br>555 E LOOCKERMAN STREET<br>SUITE 210<br>DOVER DE 19901 |
| INTERNAL REVENUE SERVICE<br>P O BOX 24017<br>FRESNO CA 93779 | DISTRICT OF COLUMBIA DEPT OF BANKING<br>810 FIRST STREET NE<br>SUITE 701<br>WASHINGTON DC 20002 |
| ARIZONA DEPARTMENT OF REVENUE<br>1600 W MONROE<br>PHOENIX AZ 85007 | *PHX 3279240611v1 8/20/2007* |
| SEC HEADQUARTERS<br>100 F STREET NE<br>WASHINGTON DC 20549<br>*PHX 3279240611v1 8/20/2007* | |

DELL
PO BOX 802816
CHICAGO IL 60680

CORPORATE EXPRESS
PO BOX 71217
CHICAGO IL 60694

FM REALTY LLC
603 N WILMOT
TUCSON AZ 85711

WC PARTNERS
PO BOX 51285
LOS ANGELES CA 90051

CHASE EQUIPMENT LEASING
1111 POLARIS PARKWAY STE A3
COLUMBUS OH 43240

VANGUARD LEGATO GROUP
PO BOX 641417
SAN JOSE CA 95164

MORTGAGE TRAINING CORP OF AMERICA
17015 N SCOTTSDALE
SCOTTSDALE AZ 85255

DESARROLLOS HOTELEROS
800 BRICKELL
SUITE 100A
MIAMI FL 33131

LONG MORTGAGE
1050 E RIVER ROAD
TUCSON AZ 85718

FENNEMORE CRAIG PC
ONE SOUTH CHURCH AVE
SUITE 1000
TUCSON AZ 85701

PHX 3279240061v1 8/20/2007