**GREENBERG TRAURIG, LLP**
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Ph: (602) 445-8000
Fax: (602) 445-8100
John R. Clemency (email: clemencyj@gtlaw.com) – SBN 009646
Todd A. Burgess (email: burgesst@gtlaw.com) - SBN 019013
Tajudeen O. Oladiran (email: oladirant@gtlaw.com) -SBN 021265

**GREENBERG TRAURIG, P.A.**
1221 Brickell Avenue
Miami, Florida 33131
Ph: (305) 579-0500
Fax: (305) 579-0717
James P.S. Leshaw (email: leshawj@gtlaw.com) – FL Bar No. 917745
Daniel Gold (email: goldd@gtlaw.com) – FL Bar No. 0761281

Proposed Attorneys for First Magnus Financial Corporation

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re

FIRST MAGNUS FINANCIAL CORPORATION,

Debtor.

In Proceedings Under Chapter 11

NO. 4-07-bk-01578-JMM

**CORPORATE OWNERSHIP STATEMENT OF FIRST MAGNUS FINANCIAL CORPORATION**

1. Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, debtor First Magnus Financial Corporation ("First Magnus Financial"), files this Corporate Ownership Statement to identify any corporation that directly or indirectly owns 10% or more of any class of First Magnus Financial's equity interests. First Magnus Financial is an Arizona corporation owned 100% by the parent company of First Magnus Financial, First Magnus Capital, Inc. ("First Magnus Capital"). First Magnus Capital is owned by Thomas W. Sullivan, Sr., as Trustee of the Thomas W. Sullivan, Sr. (FMCI) Revocable Trust, Thomas W. Sullivan,

Jr., Clinton Gaylord, Karl Young, Gary Malis, Dominick Marchetti and me. Each of the above named owners of First Magnus Capital serves either on the board or the management team for First Magnus Financial, or both.

I declare under penalty of perjury that the foregoing Corporate Ownership Statement is true and correct.

FIRST MAGNUS FINANCIAL CORPORATION

By: Gurpreet S. Jaggi
Its: President, Chief Executive Officer, and Director

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

PREPARED BY:

GREENBERG TRAURIG, LLP

John R. Clemency, SBN 009646
Todd A. Burgess, SBN 019013
Tajudeen O. Oladiran, SBN 021265
James P.S. Leshaw, FL Bar No. 917745
Daniel L. Gold, FL Bar No. 0761281

COPIES of the foregoing were served this 21 day of August, 2007, on all parties on the attached Service List via first-class, U.S. Mail, postage prepaid, unless otherwise indicated thereon

CHASE EQUIPMENT LEASING
1111 POLARIS PARKWAY STE A3
COLUMBUS OH 43240

JP MORGAN CHASE
PO BOX 974675
DALLAS TX 75397

THOMAS W SULLIVAN SR REVOCABLE TRUST
603 N WILMOT
TUCSON AZ 85711

MGIC
MGIC GUARA PO BOX 488
MILWAUKEE WI 53201-0488

UBS WARBURG
1285 AVENUE OF THE AMERICAS
11TH FLOOR
NEW YORK NY 100119

WASHINGTON MUTUAL BANK
555 DIVEND DRIVE
SUITE 150
COPPELL TX 75019

MERRILL LYNCH CONSTRUCTION LINE
2 WORLD FINANCIAL CENTER
5TH FLOOR
NEW YORK NY 10281

COUNTRY WIDE WAREHOUSE LENDING
8511 FALLBROOK AVENUE
WEST HILLS CA 91304

NATIONAL BANK OF AZ LOC
335 N WILMOT
TUCSON AZ 85711

WNS NORTH AMERICA INC
420 LEXINGTON AVENUE
SUITE 2515
NEW YORK NY 10170



PYRO
8750 N CENTRAL EXPRESSWAY
SUITE 1050
DALLAS TX 75231

FANNIE MAE
6000 FELDWOOD DRIVE
COLLEGE PARK GA 30349

CORELOGIC
10360OLD PLACERVILLE ROAD
SUITE 100
SACRAMENTO CA 95287

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096

HILTON & MEYERS
3350 N COUNTRY CLUB
TUCSON AZ 85716

TIME WARNER
PO BOX 172567
DENVER CO 80217

GAPPCO
8575 HAVEN AVE
SUITE 210
RANCHO CUCAMONGA CA 91730

MGIC
250 E KILBORN AVE
MILWAUKEE WI 53202

PRINCIPAL LIFE
DEPT 400
PO BOX 14416
DES MOINES IA 50306

FEDERAL EXPRESS
PO BOX 660481
DALLAS TX 75266

PHX 327924061v1 8/20/2007

NEVADA DEPT OF BUSINESS & INDUSTRY
DIVISION OF MORTGAGE LENDING
400 W KING ST STE 101
CARSON CITY NV 89703

NEW HAMPSHIRE BANKING DEPT
64B OLD SUNCOOK ROAD
CONCORD NH 03301

NEW JERSEY DEPT OF BANKING
LICENSING SERVICES BUREAU
20 W STATE ST 8TH FLOOR
TRENTON NJ 08608

NEW MEXICO FINANCIAL INSTITUTIONS DIV
2550 CERRILLOS ROAD
3RD FLOOR
SANTA FE NM 87505

NEW YORK BANKING DEPT
ONE STATE STREET
3RD FLOOR
NEW YORK NY 10004

N CAROLINA COMMISSIONER OF BANKS
MORTGAGE LICENSING SECTION
4309 MAIL SERVICE CENTER
RALEIGH NC 27699

N DAKOTA DEPT OF FINANCIAL INSTITUTIONS
2000 SCHAFER ST
SUITE G
BISMARCK ND 58501

OHIO DEPT OF COMMERCE
DIVISION OF FINANCIAL INSTITUTIONS
77 S HIGH ST 21ST FLOOR
COLUMBUS OH 43215

OKLAHOMA DEPT OF CONSUMER CREDIT
4545 N LINCOLN BLVD
SUITE 104
OKLAHOMA CITY OK 73105

*PHX 327924061v1 8/20/2007*

OREGON DEPT OF CONSUMER & BUSINESS SERV
350 WINTER STREET NE
ROOM 410
SALEM OR 97301

PENNSYLVANIA DEPT OF BANKING
MARKET SQUARE PLAZA
17 N SECOND ST STE 1300
HARRISBURG PA 17101

RHODE ISLAND DEPT OF BUSINESS REGULATION
DIVISION OF BANKING
233 RICHMOND ST STE 231
PROVIDENCE RI 02903

S CAROLINA DEPT OF CONSUMER AFFAIRS
3600 FOREST DRIVE
3RD FLOOR
COLUMBIA SC 29250

S DAKOTA DIVISION OF BANKING
217 ½ WEST MISSOURI AVENUE
PIERRE SD 57501

TENNESSEE DEPT OF FINANCIAL INSTITUTIONS
COMPLIANCE DIVISION
511 UNION STREET STE 400
NASHVILLE TN 37219

TEXAS OFFICE OF CONSUMER CREDIT COMMISSION
REGULATED LOAN LICENSING
2601 N LAMAR BLVD
AUSTIN TX 78705

UTAH DIVISION OF REAL ESTATE
160 EAST 300 SOUTH
P O BOX 146711
SALT LAKE CITY UT 84114

VERMONT DEPT OF BANKING
BANKING DIVISION
89 MAIN STREET DRAWER 20
MONTPELIER VT 05620

*PHX 327924061v1 8/20/2007*

FLORIDA OFFICE OF FINANCIAL REGULATION
200 E GAINES STREET
TALLAHASSEE FL 32399

GEORGIA DEPT OF BANKING AND FINANCE
2990 BRANDYWINE ROAD
SUITE 200
ATLANTA GA 30341

HAWAII DIV OF FINANCIAL INSTITUTIONS
KING KALAKAUA BLDG
335 MERCHANT STREET RM 221
HONOLULU HI 96813

IDAHO DEPT OF FINANCE
800 PARK BLVD
SUITE 200
BOISE ID 83712

ILLINOIS DEPT OF FINANCIAL AND
PROFESSIONAL REGULATION
500 EAST MONROE
SPRINGFIELD IL 62701

INDIANA DEPT OF FINANCIAL INSTITUTIONS
30 S MERIDAN STREET
SUITE 300
INDIANAPOLIS IN 46204

IOWA DIVISION OF BANKING
200 E GRAND AVENUE
SUITE 300
DES MOINES IA 50309

KANSAS OFFICE OF STATE BANK COMMISSIONER
700 JACKSON
SUITE 300
TOPEKA KS 66603

KENTUCKY OFFICE OF FINANCIAL INSTITUTIONS
1025 CAPITAL CENTER DRIVE
SUITE 200
FRANKFORT KY 40601



LOUISIANA MORTGAGE LICENSING DIV
8660 UNITED PLAZA BLVD
SECOND FLOOR
BATON ROUGE LA 70809

MAINE DEPT OF PROFESSIONAL & FINANCIAL REG
OFFICE OF CONSUMER CREDIT REG
122 NORTHERN AVENUE
GARDINER ME 04345

MARYLAND DEPT OF LICENSING
COMMISSIONER OF FINANCIAL REGULATION
500 N CALVERT ST SUITE 402
BALTIMORE MD 21202

MASSACHUSETTS DIVISION OF BANKS
ONE SOUTH STATE
3RD FLOOR
BOSTON MA 02110

MICHIGAN CONSUMER FINANCE UNIT
611 W OTTAWA STREET
3RD FLOOR
LANSING MI 48933

MINNESOTA DEPT OF COMMERCE
85 7TH PLACE EAST
SUITE 500
ST PAUL MN 55101

MISSISSIPPI DEPT OF BANKING
901 WOOLFOLK BLDG STE A
501 N WEST STREET
JACKSON MS 39201

MONTANA DIV OF BANKING
301 SOUTH PARK
SUITE 316
HELENA MT 59601

NEBRASKA DEPT OF BANKING & FINANCE
1230 O STREET
SUITE 400
LINCOLN NE 68508

ATT
PO BOX 78045
PHOENIX AZ  85045

OFFICEMAX
440 NORTH 51ST AVENUE
PHOENIX AZ 85043

DUCK SOUP PRODUCTION
3350 N COUNTRY CLUB
TUCSON AZ 85716

QWEST COMMUNICATIONS
PO BOX  856169
LOUISVILLE KY 40285-6169

TUCSON ELECTRIC CO
PO BOX 711
TUCSON AZ 85702-0711

CITY OF TUCSON -WATER
310 WEST ALAMEDA
TUCSON AZ 85701

ARIZONA DEPT OF FINANCIAL INSTITUTIONS
2910 N 44TH STREET
SUITE 310
PHOENIX AZ 85018

FIRST MAGNUS CAPITAL INC
603 N WILMOT
TUCSON AZ 85711

INTERNAL REVENUE SERVICE
P O BOX 24017
FRESNO CA 93779

ARIZONA DEPARTMENT OF REVENUE
1600 W MONROE
PHOENIX AZ 85007

SEC HEADQUARTERS
100 F STREET NE
WASHINGTON DC 20549

*PHX 327924061v1 8/20/2007*

OFFICE OF THE US TRUSTEE
230 N 1ST AVENUE
SUITE 204
PHOENIX AZ 85003

ALABAMA STATE BANKING DEPT
401 ADAMS AVENUE
SUITE 680
MONTGOMERY AL 36104

ALASKA MORTGAGE LICENSING DIV
333 W WILLOUGHBY AVENUE
9TH FLOOR
JUNEAU AK 99811

ARKANSAS SECURITIES DEPT
HERITAGE WEST BLDG SUITE 300
201 EAST MARKHAM STREET
LITTLE ROCK AR 72201

CALIFORNIA DEPT OF CORPORATION
320 WEST 4TH STREET
SUITE 750
LOS ANGELES CA 90013

COLORADO UNIFORM CONSUMER CREDIT CODE
1525 SHERMAN STREET
5TH FLOOR
DENVER CO 80203

CONNECTICUT DEPT OF BANKING
260 CONSTITUTION PLAZA
HARTFORD CT 06103

DELAWARE OFFICE OF STATE BANKING COMM
555 E LOOCKERMAN STREET
SUITE 210
DOVER DE 19901

DISTRICT OF COLUMBIA DEPT OF BANKING
810 FIRST STREET NE
SUITE 701
WASHINGTON DC 20002

*PHX 327924061v1 8/20/2007*

DELL
PO BOX 802816
CHICAGO IL 60680

CORPORATE EXPRESS
PO BOX 71217
CHICAGO IL 60694

FM REALTY LLC
603 N WILMOT
TUCSON AZ 85711

WC PARTNERS
PO BOX 51285
LOS ANGELES CA 90051

CHASE EQUIPMENT LEASING
1111 POLARIS PARKWAY STE A3
COLUMBUS OH 43240

VANGUARD LEGATO GROUP
PO BOX 641417
SAN JOSE CA 95164

MORTGAGE TRAINING CORP OF AMERICA
17015 N SCOTTSDALE
SCOTTSDALE AZ 85255

DESARROLLOS HOTELEROS
800 BRICKELL
SUITE 100A
MIAMI FL 33131

LONG MORTGAGE
1050 E RIVER ROAD
TUCSON AZ 85718

FENNEMORE CRAIG PC
ONE SOUTH CHURCH AVE
SUITE 1000
TUCSON AZ 85701

*PHX 327924061v1 8/20/2007*