ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

RENEE SANDLER SHAMBLIN (#017473)
Trial Attorney
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706
(602) 682-2600

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| FIRST MAGNUS FINANCIAL ) | Case No. 4:07-bk-01578-JMM |
| CORPORATION, ) | |
| ) | APPOINTMENT OF OFFICIAL |
| ) | COMMITTEE OF UNSECURED |
| Debtor. ) | CREDITORS |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtor are appointed to the committee of unsecured creditors:

1. VANGUARD LEGATO GROUP
   ATTN: TIMOTHY THOMAS
   2202 N. FIRST ST.
   SAN JOSE, CA 95131
   Phone: (408-325-3225
   Fax: (408) 516-5304

2. NATIONAL BANK OF ARIZONA
   c/o MATTHEW R. K. WATERMAN
   ONE SOUTH CHURCH AVE, STE 1500
   TUCSON, AZ 85701-1630
   Phone: (520) 882-1228
   Fax: (520) 884-1294

3. HILTON & MYERS ADVERTISING, INC.
   ATTN: DOUGLAS S. MYERS
   3350 N. COUNTRY CLUB
   TUCSON, AZ 85716
   Phone: (520) 881-4550 ext. 274
   Fax: (520) 881-4696

4. AURORA LOAN SERVICES, LLC
   ATTN: JUSTIN BALSER
   10350 PERK MEADOWS DRIVE
   LITTLETON, CO 80124
   Phone: (720) 945-3000
   Fax: (720) 945-3081

| | |
|---|---|
| 1 |           5.    PYRO BRAND DEVELOPMENT, LLC |

```
 1              5.   PYRO BRAND DEVELOPMENT, LLC
                     ATTN: JOHN BEITTER
 2                   8750 N. CENTRAL EXPRESSWAY, STE. 1050
                     DALLAS, TX 75231
 3                   Phone: (214) 891-5700
                     Fax: (214) 891-5289
 4

 5
                                       Respectfully submitted,
 6
                                       ILENE J. LASHINSKY
 7                                     United States Trustee
                                       District of Arizona
 8

 9
    Dated:    August 30    , 2007.     RSS #017473
10                                     RENEE SANDLER SHAMBLIN
                                       Trial Attorney
11

12  Copies of the foregoing served via facsimile
    to the creditors appointed as listed
13  above, and the following this
     30th    day of August, 2007:
14
    John R. Clemency
15  GREENBERG & TRAURIG, LLP
    2375 E. Camelback Road, Suite 700
16  Phoenix, AZ 85016
    Attorney for Debtor
17

18

19

20

21

22

23

24

25

26

27
                                - 2 -
28
```