ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

ELIZABETH C. AMOROSI (#010755)
Assistant United States Trustee
230 North First Avenue, #204
Phoenix, Arizona 85003-1706
(602) 682-2600 (phone)
(602) 514-7270 (fax)
E-mail: Elizabeth.C.Amorosi@usdoj.gov

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| FIRST MAGNUS FINANCIAL CORPORATION, | ) ) | Case No. 4:07-bk-01578-JMM |
| | ) | APPOINTMENT OF OFFICIAL |
| | ) | COMMITTEE OF UNSECURED |
| Debtor. | ) | CREDITORS (AMENDED) |

On August 30, 2007, the United States Trustee appointed a committee of unsecured creditors in the above captioned matter. This amended appointment is filed to change the designated contact member for National Bank of Arizona from Matthew R.K. Waterman to Kenneth Goldstein. The list of creditors appointed to the committee of unsecured creditors and the contact information for those creditors as follows:

1. Vanguard Legato Group
   Attn: Timothy Thomas
   2202 N. First Street
   San Jose, CA 95131
   (408) 325-3225 (phone)
   (408) 516-5304 (fax)

2. National Bank of Arizona
   Attn: Kenneth Goldstein
   6001 N. 24th Street
   Phoenix, AZ 85016
   (602) 212-5447 (phone)
   (602) 287-0722 (fax)

. . .

```
 1          3.    Hilton & Myers Advertising, Inc.
                  Attn:  Douglas S. Myers
 2                3350 N. Country Club
                  Tucson, AZ  85716
 3                (520) 881-4550 ext. 274 (phone)
                  (520) 881-4696 (fax)
 4
            4.    Aurora Loan Services, LLC
 5                Attn:  Justin Balser
                  10350 Perk Meadows Drive
 6                Littleton, CO  80124
                  (720) 945-3000 (phone)
 7                (720) 945-3081 (fax)

 8          5.    Pyro Brand Development, LLC
                  Attn:  John Beitter
 9                8750 N. Central Expressway, #1050
                  Dallas, TX  75231
10                (214) 891-5700 (phone)
                  (214) 891-5289 (fax)
11

12                                  Respectfully submitted,

13                                  ILENE J. LASHINSKY
                                    United States Trustee
14                                  District of Arizona

15

16 Dated:    September  14 , 2007.   /s/ ECA (#010755)
                                    ELIZABETH C. AMOROSI
17                                  Assistant United States Trustee

18 Copies of the foregoing mailed to
   the creditors appointed as listed
19 above, and the following this
   14th day of September, 2007:
20
   John R. Clemency
21 Greenberg & Traurig, LLP
   2375 E. Camelback Road, #700
22 Phoenix, AZ  85016
   Attorney for Debtor
23
   Michael D. Warner
24 Warner Stevens LLP
   301 Commerce Street, #1700
25 Fort Worth, TX 76102
   Attorney for Official Committee
26  of Unsecured Creditors

27

28                              - 2 -
```

| | |
|---|---|
| 1 | Sean P. O'Brien<br>Gust Rosenfeld, PLC |
| 2 | 201 E. Washington, #800<br>Phoenix, AZ 85004-2327 |
| 3 | |
| 4 | Matthew R.K. Waterman<br>Snell & Wilmer |
| 5 | One S. Church Avenue, #1500<br>Tucson, AZ  85701-1630 |
| 6 | |
| 7 | /s/ C. Dior |

- 3 -